UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                              Case No. 17-mj-30562

CHRISTIAN MAIRE,

        Defendant.
_____/

**STIPULATION PERMITTING CONTACT VISIT**

IT IS HEREBY STIPULATED by and between the above parties, by and through their respective attorneys, that Daniel O'Neil shall be permitted to have contact visits with Christian Maire at the Livingston County Jail for the purpose of conducting a psychological evaluation.

| | |
|---|---|
| /s/ April Nicole Russo (with consent) | /s/ Mark J. Kriger |
| United States Attorney Office | LaRene & Kriger, P.L.C |
| Assistant United States Attorney | Attorney for Maire |
| 211 W. Fort Street, Suite 2001 | 645 Griswold, Suite 1717 |
| Detroit, MI 48226 | Detroit, MI 48226 |
| (313) 226-9129 | (313) 967-100 |
| april.russo@usdoj.gov | mkriger@sbcglobal.net |

Dated: February 12, 2018

UNITED STATES OF AMERICA
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 17-mj-30562

CHRISTIAN MAIRE,

        Defendant.
_____/

## ORDER TO PERMITTING CONTACT VISIT

Pursuant to the attached Stipulation:

IT IS HEREBY ORDERED that Daniel O'Neil shall be permitted to have contact visits with Christian Maire at the Livingston County Jail for the purpose of conducting a psychological evaluation.

                                                s/Elizabeth A. Stafford
                                                Elizabeth A. Stafford
                                                United States District Court Magistrate

Dated: February 13, 2018