DET 119057

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FILED USDC - DT
2018 DEC 18 PM 12:58

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 18-CR-20128
Hon. Stephen J. Murphy III

CHRISTIAN MAIRE,

Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that CHRISTIAN MAIRE, defendant herein, hereby appeals to the United States Court of Appeals for the Sixth Circuit from his conviction and sentence herein, incorporated in the Judgment entered on December 7, 2018.

Respectfully submitted,

/s/ Christian Maire
CHRISTIAN MAIRE *in Pro Per*
Register No. 25032-052
Milan FCI
PO Box 1000
Milan, MI 48160

Dated: December 18, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2018, I filed the foregoing paper with: the Clerk of the Court for the United States District Court Eastern District of Michigan, 231 W. Lafayette Blvd., Detroit, MI 48226.

I also certify on this date that I served a copy of the foregoing documents upon:

| | |
|---|---|
| April Nicole Russo<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226 | Kevin Mulcahy<br>Assistant United States Attorney<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226 |

by placing same in the U.S. Mail with sufficient first class postage affixed thereto.

Respectfully submitted,

/s/ Christian Maire
Christian Maire *in Pro Per*
Register No. 25032-052
Milan FCI
PO Box 1000
Milan, MI 48160