Case 2:18-cr-20128-SJM-DRG   ECF No. 232, PageID.3696   Filed 06/14/21   Page 1 of 88
Sentencing • Wednesday, December 5, 2018

1

```
 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF MICHIGAN
 2                         SOUTHERN DIVISION

 3
      UNITED STATES OF AMERICA,
 4
                          Plaintiff,
 5         vs.                              Case No. 18-20128
                                            Hon. Stephen J. Murphy, III
 6    D-1 CHRISTIAN MAIRE,

 7                          Defendant.
      _____/
 8
                                 SENTENCING
 9
               BEFORE THE HONORABLE STEPHEN J. MURPHY, III
10                     United States District Judge
               Theodore Levin United States Courthouse
11                   231 West Lafayette Boulevard
                       Detroit, Michigan  48226
12                   Wednesday, December 5, 2018

13    APPEARANCES:

14    For the Plaintiff          APRIL NICOLE RUSSO
      United States of America:  KEVIN MULCAHY
15                               PHILIP ROSS
                                 U.S. Attorney's Office
16                               211 W. Fort Street
                                 Suite 2001
17                               Detroit, Michigan  48226
                                 313-226-9129
18
      For the Defendant          MARK J. KRIGER
19    D-1 Christian Maire:       LaRene & Kriger
                                 645 Griswold Street
20                               Suite 1717
                                 Detroit, Michigan  48226
21                               313-967-0100

22

23
            To obtain a certified copy of this transcript, contact:
24         Linda M. Cavanagh, CSR-0131, RDR, RMR, CRR, CRC
                         Official Court Reporter
25           (313) 234-2616 • www.transcriptorders.com
```

TABLE OF CONTENTS

                                                          Page

STATEMENTS OF MINOR VICTIMS:

Statement of Minor Victim 2's Mother.................5
(Read into the record)
Statement of Minor Victim 5.........................27
Statement of Minor Victim 7's Mother................8
Statement of Minor Victim 7.........................10
Statement of Minor Victim 11........................13
(Read into the record)
Statement of Minor Victim 16........................15
(Read into the record)
Statement of Minor Victim 17........................17
Statement of Minor Victim 18........................21
(Read into the record)
Statement of Minor Victim 19........................23
Statement of Minor Victim 19's Mother...............25
Statement of Minor Victim 21........................30

OBJECTIONS TO THE PRESENTENCE REPORT:

Objection No. 1:
Comments by the Court...............................32

Objection No. 2:
Comments by the Court...............................33

SENTENCE:

Comments on behalf of Christian Maire:

Comments by Father Steven Allen.....................40
Comments by Judge Tambra Pannell Colston...........41
Comments by Urs Maira, Father of Defendant.........44
Allocution by Mr. Kriger............................48
Allocution by Defendant Christian Maire............54
Allocution by Ms. Mulcahy...........................62
Further Allocution by Mr. Kriger....................72
Comments by the Court...............................75
Sentence of the Court...............................78

EXHIBITS

Identification                        Offered   Received

NONE

```
 1              Detroit, Michigan
 2              Wednesday, December 5, 2018
 3                          —  —  —
 4              (Proceedings commenced at 9:47 a.m., all parties
 5              present)
 6              THE CLERK:  The Court calls Case No. 18-20128, United
 7    States of America versus Christian Maire, et al.
 8              Counsel, please state your appearances for the
 9    record.
10              MS. RUSSO:  Good morning, Your Honor.  April Russo
11    and Kevin Mulcahy on behalf of the United States, and with us
12    at counsel table is FBI Agent Adam Christianson and we also
13    have our colleague, AUSA Philip Ross.
14              THE COURT:  Okay.  You may be seated.  And you're
15    sitting at the defense table today because we have our
16    defendants in the jury box, right?
17              MR. MULCAHY:  Yes, Your Honor.
18              THE COURT:  Okay.  All right.  Let's get Mr. Maire
19    and his lawyer up here.
20              MR. MULCAHY:  Your Honor, I -- I thought we would
21    start with statements of the victims as we did last time.
22              THE COURT:  Okay.
23              MR. MULCAHY:  And then that way, all the defendants
24    could be here at the same time to hear from those victims.
25              THE COURT:  Okay.  We can do that.  I'm sorry, Mr.
```

Sentencing • Wednesday, December 5, 2018

4

1    Kriger, I apologize.  We're going to go a little bit out of

2    order and we're going to hear victim testimony.

3            As you all know, in the midst of a criminal

4    sentencing, it is my obligation under the law and the U.S.

5    Victim Witness Act of 2 -- 1998 I believe to give victims to

6    various crimes an opportunity to not only file an impact

7    statement but to be heard.

8            I have read extensive materials from the United

9    States that have been shared with all the defendants in the

10   case, and we will now hear live testimony or statements if the

11   government wishes to present some, which it looks like they do.

12   Okay.

13           MR. MULCAHY:  Yes, Your Honor.  Thank you.

14           As we did in the last case involving this website,

15   Your Honor, the government proposes to read portions of some of

16   the letters that were submitted so that they can be read in

17   court as the statute considers or contemplates, excuse me, and

18   then we do have several victims and their families here as

19   well.

20           THE COURT:  Very good.

21           MR. MULCAHY:  So as to Minor Victim 1, Your Honor,

22   the government has submitted a receipt and a letter from a

23   therapist, sort of -- that is offered simply to document the

24   lengthy amount of therapy that Minor Victim 1 has gone through.

25           As to Minor Victim 2 -- I should say, Your Honor,

```
 1    that Minor Victim 1 has gone through and continues to go
 2    through.
 3              As for Minor Victim 2, Your Honor, her --
 4              (Courtroom noise)
 5              THE COURT:  Sorry about that.  Go right ahead.
 6              MR. MULCAHY:  Her mother wrote a lengthy letter.  I'm
 7    not going to read the whole letter but rather just a couple of
 8    excerpts from the letter.  Minor Victim 2's mother writes, "I
 9    am writing to share some thoughts" --
10              THE COURT REPORTER:  Mr. Mulcahy, I need you to slow
11    down.
12              MR. MULCAHY:  I thought you might.
13              THE COURT REPORTER:  I'm telling you early on.
14              MR. MULCAHY:  No sweat, totally understandable.
15              "I am writing to share some thoughts on the aftermath
16    of the events that have led to the sentencing of the men who
17    targeted and took advantage of my daughter.  I find it
18    difficult to do so because of the sadness, the anger and the
19    shame that wells up, so I try not to dwell.  It seems
20    important, however, that I do share our personal experience in
21    order to assist the sentencing of the predators currently
22    facing justice.
23              "I will elaborate first on the sadness I mentioned
24    above.  I feel that primarily for my daughter she is a
25    sensitive kid, always was.  She was precocious, intelligent and
```

1    an excellent student.  She has a strong sense of justice and

2    readily speaks her mind.  Though she had friends and was

3    successful in all her endeavors, there was always a sense of

4    loneliness, something that can creep into sensitive souls."

5         Later, Your Honor, she writes, "She did not need the

6    authorities to knock on our door to tell us what had happened.

7    The depression and anxiety had already kicked in.  She missed

8    an entire year of academic school and had to come home from the

9    elite ballet school she had finally made it into in order to

10   deal with her mental health.  It took months, medication and

11   sleep in order to deal with the self-loathing that was creeping

12   into her subconscious.  She couldn't do her school work, lost

13   touch with her friends and her dance dreams died.  She was

14   completely derailed and had -- and we had no idea why.  This

15   has taken years away from her, years.  I know how precariously

16   close we were to losing her and this could have been a very

17   different letter.

18        "This leads me to anger, the anger directed at the

19   men who are -- who we are forced to address.  They knowingly

20   and with malice preyed on these girls for their own sick

21   pleasure, robbing them of all things they need to be well.

22   They wrecked lives without concern.  Their action nearly stole

23   my daughter away from me forever.  The cost of their toxic

24   depravity goes beyond the individual.  It spills into

25   everything, everywhere.  They are very adept at planting their

1   poisonous seeds dressed in disguise, operating in the dark

2   shadows where those of us who could recognize them can't see.

3   They are dangerous.  Put them away and keep them away.  Do what

4   must be done.  Judge them.

5          "In closing, I will speak of shame that I feel

6   myself.  I felt it before I knew what was happening because I

7   knew something was wrong.  If I were a good mother, I would

8   have listened to my gut.  I would have been able to help her.

9   I brought her home, loved her, sent her to her room to rest and

10  heal, her room in the home I had made to keep her safe.  But

11  there was a monster under the bed, a whole gang of six -- sick

12  monsters.  Stupid parents, stupid mothers, stupid me.  She

13  deserved better from me and I can't go back to fix it, not

14  ever.  I am stuck with that but thank God I still have my

15  girl."

16         Your Honor, next, the government would invite Minor

17  Victim 7 and Minor Victim 7's mother forward.

18         THE COURT:  Okay.  Come right on up.

19         MR. MULCAHY:  Your Honor, Minor Victim 7's mother

20  will speak first.  We have asked them -- we -- we give them the

21  option to use their name but told them they may just use the

22  monikers that we've given them if that's okay with the Court.

23         THE COURT:  Okay.  I have MV-7's letter and the

24  mother of MV-7's letter in front of me, and this is the mother

25  as I understand it.

1         MR. MULCAHY:  Yes, Your Honor.

2         THE COURT:  Okay.  You go right ahead and just speak

3    into the mic so the court reporter can hear you.  Go right

4    ahead.

5         MINOR VICTIM 7 MOTHER:  Thank -- thank you, Judge

6    Murphy, for making today happen and not making us come back on

7    this national day of mourning.  Thank you for handling this

8    case through to get us here and bring justice to our children

9    and everyone sitting here behind us to support us all.  This is

10   very difficult and I'm thankful for every bit of closure we can

11   find after eight years.

12         Thank you for giving me the opportunity to speak on

13   how this has affected my daughter and our family.  I have a

14   very close relationship with her and my family is almost

15   inseparable always, so learning of this has been quite a shock.

16         The bits and pieces have been coming out of her

17   slowly for months and so many things have begun to make sense.

18   In high school she just stopped using her laptop and refused to

19   touch it again and to this day still refuses to do any computer

20   work at all.  So many times I've gotten into arguments with her

21   about it, not understanding why she just outright refused to

22   use the computer anymore.  She works for me at a business that

23   I opened that is named after her, and I have been trying for

24   years to get her to take the reins and start managing but she

25   can't do this without using the computer.

1      I can't put into words the guilt I feel for not

2  investigating further as to why she had such a sudden change

3  and for getting onto her for it all those years.  She only told

4  me the truth after the FBI approached her.

5      She didn't -- almost didn't graduate over this and I

6  found out she wasn't going to graduate the week she was

7  supposed to, and me and my husband went to the school and

8  begged them to give her an extra day to try to turn in her

9  work.  I promised the school that I would go with her the last

10  day just to be there to make sure she got as much work done as

11  she could, and they finally gave in and allowed her that final

12  day.  She had done all the work already but it hadn't been put

13  into the computer for the final grade, and I spent the whole

14  day in class with her putting it all in.  I could not

15  understand why she had done the work and not typed it up to

16  submit it.  It was six credits' worth of work.  We got it in

17  and she graduated.  But now all of this makes sense.

18      I was raised in the country but my kids -- raised my

19  kids in the city, so I never let them even go out very much

20  unless it was to school or work or events with us.  I thought

21  they were safe in our home and with us but now I know they

22  weren't.

23      She was just a little girl when this started and she

24  wanted to handle it herself so that's why she said she didn't

25  tell me.  It makes me so sick.  If she had told me, this would

1    have ended and it would not have gone on for years.

2            They may be caught now, but they have gained

3    something that I don't know how to get back for her.  They took

4    her feelings of security, they robbed her of the freedom to be

5    a child.  Even though they never touched her physically, she

6    was still raped by them, and she was not the only one.

7            The sentencing can never equal the pain they have

8    caused to the countless children they interacted with, but me

9    and my family are relieved that they are caught and that my

10   daughter and so many others' daughters will be safe from them

11   while they are in prison from these horrendous acts.

12           THE COURT:  Thank you very much.

13           MINOR VICTIM 7 MOTHER:  Thank you.

14           MR. MULCAHY:  Your Honor, this is Minor Victim 7.

15           THE COURT:  Okay.  Go right ahead.

16           MINOR VICTIM 7:  Okay.  Hello, Judge.  How you doing?

17   Um, I am -- I am 20 years old, standing here today facing the

18   monsters that destroyed my childhood due to child exploitation.

19   Not only did they ruin my life, but they had many other victims

20   to prey on.

21           Let me tell you where this all began.  I had a friend

22   that introduced me to the Internet.  I started making a bunch

23   of online friends, more than I had in a day-to-day real life.

24   The Internet was my escape from depression that I didn't know I

25   had at the time.  My friend made videos that looked real but

1   really weren't.  But her videos got lots of reviews and

2   responses so I decided I would start making videos.  The videos

3   were not provocative whatsoever.

4        After being on the website for so long, I started

5   getting messages to join chatrooms.  After a while of getting

6   the requests, I decided I would accept one.  This is where the

7   problems began.  I was the only one on webcam and there was

8   just a chat underneath me.  It felt normal at first.  Then it

9   started feeling strange because I was looking at myself with a

10  bunch of words underneath me.  I brushed it off and I continued

11  because I enjoyed having friends to talk to every day.  They

12  were always there no matter what time or day.

13       After a while of gaining my trust and getting to know

14  them, I started being flirtatious with them.  They seemed to

15  enjoy it and I liked the attention they were giving me so I

16  continued to do so.  I teased them and one of them recorded me

17  on video.

18       From then on I was blackmailed into doing things I

19  didn't want to do.  They would threaten to come to my house and

20  hurt my family and I.  They even named everyone in my house so

21  I knew that these threats were serious.  I never told anyone

22  about it because I thought I could fix it my -- myself.  They

23  would tell me to take off my clothes and touch myself in sexual

24  ways, so I would try to accommodate to their desires because I

25  was scared.  Every time I would do so, they would record me and

1    blackmail me all over and over again, which turned into an

2    intimidating and vicious cycle.

3           I felt like I was being watched 24-7, and they

4    start -- and this started to take a turn on my daily life.  I

5    started hurting myself and I was in and out of the hospital for

6    self-harm and attempted suicide.  I know they -- I know they

7    knew that I was hurting because they would watch me cry, and

8    some would even ask me to self-harm while they watched.

9           I had enough of being harassed and manipulated that I

10   ended up never wanting to touch a computer again.  The tragic

11   pain that has caused me still to this day eats my soul.  Even

12   though I still never touch a computer to this day, I still live

13   in fear that they would find a way to hurt my family.

14          Today, after all those years of hurt, I struggle with

15   self-love, anxiety and depression.  Thinking back to those days

16   causes me to cry myself to sleep wondering when the monsters

17   will stop haunting me.

18          THE COURT:  Thank you.

19          MS. RUSSO:  Your Honor, MV-10 couldn't be here today.

20   She does have a permanent therapy dog and suffers from

21   post-traumatic stress disorder.  A summary of her interview is

22   included in the victim impact statements.

23          Minor Victim 11's family was going to be here today,

24   but Minor Victim 11 said that she did not want her mom and dad

25   to come, that she could not handle that.  And so her mom

```
 1   submitted this letter, Your Honor, which was e-mailed to the
 2   Court because it was submitted this week.
 3           THE COURT:  Right.  Remind me, this is No. -- Victim
 4   No. which one again?
 5           MS. RUSSO:  Minor Victim No. 11, Your Honor.  And it
 6   is also in a -- in a packet that I submitted, I believe it's
 7   Exhibit C --
 8           THE COURT:  Oh.
 9           MS. RUSSO:  -- today with the victim impact
10   statements that we received this week.
11           THE COURT:  Okay.  Go ahead.
12           MS. RUSSO:  Thank you, Your Honor.
13           She writes, "To whom it may concern, I am a mother of
14   a daughter who is involved in this case.  Though these events
15   happened many years ago, I remember this time in our lives very
16   well.  My daughter had met this amazing boy online she said.
17   We discussed whether she knew this boy from the real world" --
18           THE COURT:  Will you forgive my interruption?  I have
19   this as Exhibit D just for the record, not C.
20           MS. RUSSO:  Yes, Your Honor.  Thank you.
21           THE COURT:  All right.  Go right ahead.
22           MS. RUSSO:  "We discussed whether she knew this boy
23   from the real world or not.  She lied and said she did.  After
24   a few weeks she became more obsessed with this boy.  I found
25   out pictures were being sent, et cetera.  I locked down the
```

1 computer and phones at this point.  I don't pretend that I know

2 everything that happened between these men and herself.

3   "At this point she started cutting herself for being

4 so stupid and this went on for years.  She contemplated

5 suicide, got involved with marijuana and developed low

6 self-esteem.  She went to counseling but still struggles today.

7   "She is a beautiful, intelligent, loving young woman

8 who did not deserve to be used by these men.  I wonder what her

9 life would be like if these things never happened.  She covers

10 her pain with humor, but as her mother and friend, I know what

11 lies underneath.

12   "These men need to be held accountable so that no

13 more young girls are made to go through what my daughter did.

14 These children did not deserve what happened to them, but

15 neither do any children.

16   "Judge, you hold this decision in your hands, and I

17 would ask that you protect our children and sentence them to

18 the maximum the law allows.

19   "Thank you."

20   THE COURT:  Thank you.

21   MS. RUSSO:  And, Your Honor, Minor Victim 12 also

22 couldn't be here today.  Minor Victim 12 is -- is currently

23 committed to a hospital due to her mental health issues.  She

24 has a number of physical issues as well, but those are not the

25 issues that are committing her to the hospital.  If you recall,

1     this is the victim who the -- the sentencing memorandum's

2     reference to would be cutting herself on web camera while these

3     individuals recorded her.

4              THE COURT:  Right.

5              MS. RUSSO:  And so, Your Honor, then I'd like to move

6     on to Minor Victim 16, and if you could give me one moment,

7     Your Honor.

8              (Brief pause)

9              Your Honor, Minor Victim 16 is actually here today.

10    The victim impact statement of her mother is Government Exhibit

11    A.  And Minor Victim 16 was not sure she could be here but she

12    is here.  She is not going to make a statement today, she does

13    not wish to do so.  But her mother did provide this statement.

14    Her mom is here as well and wants me to read this to the Court.

15             THE COURT:  Okay.

16             MS. RUSSO:  The statement she provided says as

17    follows: "I talked with Minor Victim 16 again, and at first she

18    wanted to come and was going to write a statement about how

19    this affected her, but she changed her mind.  I'm not going to

20    push her, which I know you understand.  This has been a very

21    hard thing for her to deal with and she has come so far in I

22    guess you could say her recovery that I can't do anything to

23    put her backward.

24             "She had become so withdrawn from all of us, even

25    herself.  She became suicidal more than once.  She also started

1   cutting herself badly.  She doesn't like crowds of any kind.  I

2   could keep going on.  With the doctor's help, she -- and her

3   service dog, she is starting to recover.

4           "What these men, if you can call them that, have done

5   to these young girls is unimaginable.  I'm sure they don't care

6   or they wouldn't have done this.  They are sick and disgusting

7   and a few other choice words I have."

8           And the mother of Minor Victim 16 allowed me to also

9   disclose, Your Honor, that they had to move because of this

10  offense conduct 'cuz they were concerned about these

11  individuals being able to find her daughter.  They had to move

12  schools.

13          And she does have a therapy dog, Your Honor, that's a

14  permanent therapy dog currently, and she is in therapy

15  currently due to these -- due to the fact that she has

16  struggled so immensely.

17          And like I said, they're both in the courtroom today,

18  Your Honor.

19          MR. MULCAHY:  Your Honor, at this time I'm going to

20  invite Minor Victim 17 to come forward.

21          THE COURT:  Okay.

22          MR. MULCAHY:  Your Honor, may I have a moment?

23          THE COURT:  Sure.

24           (Brief pause)

25          MR. MULCAHY:  Thank you, Your Honor.

1        THE COURT:  Okay.

2        MINOR VICTIM 17:  Hi.  My name is Jasmine and I was

3    involved with a chat site, and the reason why I came to this

4    chat site was 'cuz I was bored.  I hardly had any friends 'cuz

5    of this.

6        Before I came here, I was happy and a young,

7    intelligent woman.  I was 13 when I came to this chat site.

8    Now I'm turning 17 in a couple days.  Now that I regret coming

9    to that chat site, I started self-harming, tried to overdose,

10   tried to self-harm, tried to kill myself.  Now that I made

11   friends outside of the chat site and I regret coming to it.

12       A lot of cops came to my door because of this.  There

13   was this guy, his name was Quagmire [sic], and he would try to

14   bribe me into stuff.  He would tell me to call him daddy and

15   everything else.  He came to Skype and I IM'd him, and I didn't

16   know him and he lied about this age.  He would fake as somebody

17   else, as a picture from the Internet.

18       And to this day it have impacted my life because I'm

19   not home.  I got tooken away from my home 'cuz of this.

20       And now that I am 16 going on 17 in a couple days,

21   I'm happy that I'm here to express what has happened to me and

22   to the other girls.  I wish this wouldn't happen 'cuz if it

23   did, I wouldn't be here and on the stand right now.

24       Now that I see all these people that they did to and

25   the person that did to me is here right now, it hurts me.

1            And, like, I have people that respect me.

2            And, like, I didn't -- I stopped cutting because I

3    cut really deep and was having to get stitches.

4            And I'm not suicidal no more.  I take lots of meds --

5    well, not lots of meds but I take medication.  And I have

6    therapy once a week and I talk to her and I talk to my family,

7    try to get through.  And I have been misunderstood from a lot

8    of people.

9            And that I wish I didn't come to this site because

10   this site I went to was MyLOL named Chat Teen a Condor [sic].

11   And then someone supposedly called my ex-boyfriend, supposedly

12   said he was real and he lives in California, and then we

13   videocammed on Skype.  He was fake because, like, the morning

14   he would be different and at night he'd be a totally different

15   person.

16           And then when I was on Skype with Quagmire, AKA

17   Michal, he would tell me to do stuff.  If I don't, he will post

18   my pictures online, my videos online.  He would call me a slut,

19   whore and things like that.  So, like, I went on, everybody

20   trying to bribe me into showing masturbation, doing sexual

21   activity.

22           And my home address was posted on the Internet and to

23   everybody else that had my social media.

24           And I would like to say that I wish this never

25   happened to anybody, especially the young girls that went on

1    there.  And if I could, I would have my friend that tried to

2    get me off of it here but he's no longer here no more.

3              And I'm struggling with ADHD, bipolar depression and

4    a lot of disorders.

5              And I still have scars from when I self-harmed.  I

6    tried to kill myself because of this and the bullying.  I got

7    called lots of names.  And I was scared that if I didn't do

8    what they told me to do, I would become dead.

9              And they had -- this certain person had this person

10   come to my door, knocking on my door, telling me that he's here

11   for me.  And to this day, like, I'm worried that my family will

12   be dead, my nieces and nephews will be dead, my boyfriend will

13   be dead, my friend, my ex-girlfriend will be dead.

14             And I'm worried for everybody that concerns around my

15   age and younger will be here right now if they could, and some

16   of them are here.  My friend is in the audience, but she helped

17   me when they first came in.  And if my therapist could be here,

18   she would say a lot, but she couldn't be here.

19             My mom is worried, my dad's worried, my brothers and

20   sisters are worried.  My sister and my brother are mad because

21   of what happened.

22             And if it wasn't for me going to this chat site, I

23   would be happier if I wasn't going on there.  But when I was on

24   there, I was happy that I made friends until I find out how old

25   these people, all these men, monsters, whoever they really are,

 1    they're really 20 and up.

 2            And I don't know if Michal is here.  I bet he is 'cuz

 3    I can recognize his facial expression.

 4            So I just want to say that I'm -- I regret -- like, I

 5    keep thinking my -- I keep thinking that I hate myself, I'm

 6    stupid for going on here.  And if it wasn't for me being where

 7    I'm at, I would have been in the hospital and also tried to

 8    kill myself.

 9            It's hard being up here without crying and it's hard

10    for me to be in front of everybody 'cuz of my anxiety and how I

11    am around big groups of people since this happened.

12            They try to tell me that to self-harm -- like, this

13    one time, like, bought me pizza and stuff if I didn't cut.  I

14    still have scars from when I self-harmed.  I tried to choke

15    myself with a telephone cord, tried to overdose on my

16    medication, and I was severely in a bad situation when I was

17    back home because of this.

18            I found out this person was from this Internet chat

19    site, and I wish this chat site can be shut down forever and no

20    longer to be seen or to be hooked up no more.

21            Thank you.

22            THE COURT:  Thank you very much.

23            MR. MULCAHY:  Your Honor, can I have a moment?

24            THE COURT:  Mm-hmm.

25            (Brief pause)

1    MR. MULCAHY:  Apologize, Your Honor.  Thank you.

2    Minor Victim 18 is here.

3    THE COURT:  Okay.

4    MR. MULCAHY:  As well as her mother.  As the Court

5    can imagine, it's a very tough day for her.  She would rather

6    not come forward but has asked me to read this letter to Your

7    Honor while she's here.

8    THE COURT:  Okay.  This is part of your packet or...

9    MR. MULCAHY:  It -- it is, Your Honor.

10   MS. RUSSO:  Yeah, it was previously submitted.  No,

11   earlier.

12   MR. MULCAHY:  This was part of the original

13   production, Your Honor.  This is Minor Victim 18 so it should

14   be under tab 18.

15   THE COURT:  Oh, all right.  I do have that.  Go right

16   ahead.

17   MR. MULCAHY:  Thank you, Your Honor.

18   "From making a livestream on Instagram to Peri -- to

19   Periscope to any livestream base, to any livestream base there

20   is, I have come across a lot of strange things.  The fact that

21   I started out with no intention of this and then something so

22   little can turn so big, never in a million years would I think

23   to be standing in front of a judge talking about how many guys

24   have tried to sexually assault me.  Maybe it wasn't physically

25   but it was mentally, and for me, mentally is just as bad as a

1    nightmare.

2         "I would say there was a lot of demanding, pushing,

3    and it goes to a point where I was threatened by some of these

4    men because they were so desperate to get a look at such young

5    girls.

6         "It made my days a lot harder than it should.  When I

7    was coming home from school, I would open up my phone and see

8    message after message.  It was something I was never looking

9    forward to and never wanted to get myself into.

10        "This particular situation makes me see life at a

11   different perspective.  It's a sad, cruel world, a world we

12   have to not only make sure ourselves are safe but family and

13   friends.

14        "Not only would these guys threaten me, but they

15   would find all my friends' and families' accounts and threaten

16   them as well.  It even got to the point where they found my

17   boyfriend's family and texted all of them.  It was embarrassing

18   for me, but I couldn't imagine how embarrassing it is for these

19   men.  I think these victims don't think the incident is serious

20   enough to report or simply because they don't know where to

21   run."

22        Thank you, Your Honor.

23        THE COURT:  Okay.  Thank you.

24        MS. RUSSO:  Your Honor, MV-19 and her mother are

25   here.  Give me one moment.

1           (Brief pause)

2           MINOR VICTIM 19:  I am currently a young, 14-year-old

3   girl.  I was manipulated.  I never want to see anybody go

4   through this.  I can't imagine what these other girls went

5   through along with me.  This has been the hardest years of my

6   life where I've woken up and I've contemplated if I even had a

7   meaning to live because I knew that these people didn't care.

8   They told me that I was special, that they loved me and that I

9   was going to be a great person, and knowing that they lied to

10  me makes me feel that I'm not going to be anything.  They

11  treated me like garbage.

12          I have trust issues with everybody.  I can't even

13  tell my best friend certain things.  I can't even tell my mom

14  certain things because I'm afraid that something's going to

15  happen.

16          I'm currently going through so much therapy to

17  where -- and it's just been so hard to where I've been missing

18  school and my grades are dropping be -- and I can't -- 'cuz I

19  can't handle it.  I've been wanting to come home to where I've

20  been making myself sick because I can't handle it.

21          Currently at home, and I wish I could have brought

22  him with me, I have my loving boyfriend who is there for me and

23  he cares about me and he wants me to be here and I know that he

24  loves me.  And I have my best friend at home and she would do

25  anything for me.  And I'm so grateful that I have them.

1             They're like my only two friends that I really have

2       because growing up I couldn't make a lot of friends because I

3       was -- 'cuz of my disabilities, 'cuz of my mentality, 'cuz I

4       have ADHD, and that was -- that was always the hardest part

5       about growing up, so I would always be bullied and teased.  And

6       even going now, I'm a freshman currently and I'm still getting

7       bullied.  It's not as bad as it used to be, but it's still

8       pretty bad to where I don't even want to go to school 'cuz I

9       don't want to handle it.  The only reason why I get up every

10      morning is because I know that I have people who love me and

11      want me here and care for me, and I know that my family would

12      do anything to keep me here.

13             I regret 100 percent going on that site.  I wish I

14      could go back and just never have even gone on it.  That was

15      the worst decision I've ever made in my life.

16             I thought I was -- I thought I was special, I thought

17      I was loved, I thought I was making friends, but it turns out I

18      was just pleasing these sick people.  They threatened to kill

19      me if I wouldn't do things, and I couldn't -- I didn't know

20      what to do.  I was scared.  I've gone through this before and

21      it's not any bit better.  I thought this was over with.  I want

22      this to be over with.

23             I'm tired.  I'm crying myself to sleep every night.

24      I'm not even sleeping that well to where I have to -- I'm

25      sitting up in my bed just thinking about what I'm going to do.

1       I never want to hurt myself 'cuz I know that I'm

2   loved and that people need me here, but there's just some days

3   where I feel like nobody will miss me because of the way I was

4   treated.

5       THE COURT:  Thank you for those words.  Did you want

6   to have a few words too or no?

7       MINOR VICTIM 19 MOTHER:  Yes please.

8       THE COURT:  Okay.

9       MINOR VICTIM 19 MOTHER:  I thought it'd be easier a

10  second time coming here but it's actually just as hard.  I've

11  dealt with so much with my daughter.  I have another daughter

12  at home that struggles sometimes.  They go to school together,

13  and when she struggles at school, these kids that bully her

14  bully my other daughter too because they think that it's all in

15  the same and it's not real.  And my older daughter doesn't like

16  to see her sister getting hurt.

17      And it's just -- it's -- I can't work a regular job.

18  I work couple hours a day because if I -- I never know when I

19  get a call from school, from her school that she's sick, she's

20  throwing up.  Just last week or actually it was just Monday --

21  no -- yeah, last week we got a call that she was throwing up

22  because she made herself sick because she knew this was coming

23  up.  She's got a band concert she's trying to get ready for and

24  just everything.  And she doesn't -- when she feels down, she

25  has kids that bully her because they don't know what her life

1    is like.

2            I look at these guys here.  Not one of them looks

3    emotional.  Not one of them even cares because they got what

4    they wanted.  My daughter can't have what she wants, which is a

5    normal, typical life of a teenager.  We have night terrors

6    every single night.  I'm woken up by her screaming bloody

7    murder because she's afraid or she's having a dream that

8    somebody's hurting her or somebody did hurt her.  It's painful.

9    If you don't live in it, if you've never experienced it, you

10   don't know what it's like.  I still don't know what it's like.

11   I don't know what she fully went through.  She has still has

12   not a hundred percent opened up with me.

13           We go to therapy weekly.  Sometimes things go better

14   and we can stretch it out a little.  And as soon as we stretch

15   it out just a little thinking she's getting better, we're back

16   to even sometimes twice a week.  We have her -- I'm so thankful

17   that I have a therapist that's on call 24-7 for her.  She can

18   just text her and, if she's available, to call her.

19           But bills are backing up 'cuz I can't work.

20   Therapy's not covered by the -- the help that's supposedly can

21   be out there because they don't think mental health is an issue

22   when it's worse than physical sometimes.  It's ongoing and I --

23   she's finally realizing that it is an ongoing process that

24   we're going to have to go through.

25           She finally after three, four years has finally

1    admitted that it was a mistake, and she's now finally getting a

2    little better because she's finally accepted it.  But it's

3    still how can you accept it?  How can you accept that somebody

4    can hurt a child, hurt anybody but let alone a child, an

5    innocent child that has done nothing but tried to make somebody

6    else happy?

7              Something needs to be done, and I don't even know if

8    what is allowed is enough time, but whatever can be done needs

9    to be done to get these sick people away, get them help.  They

10   need help, more -- as much, if not more, than my daughter, but

11   they need help so they don't have to have all these young

12   ladies and boys get hurt.

13             Thank you.

14             THE COURT:  Thank you very much.

15             MS. RUSSO:  Your Honor, Minor Victim 5 is -- is also

16   here today.  She submitted a statement, and her statement I've

17   marked as Government Exhibit C in what I passed forward today.

18             THE COURT:  Mm-hmm.

19             MS. RUSSO:  She would like me, Your Honor, to read it

20   out loud.  She doesn't want to come forward either.

21             THE COURT:  Mm-hmm.

22             MS. RUSSO:  And, Your Honor, what she says here is,

23   "As defined by the dictionary, the definition of a real friend

24   is a person who one knows and with whom one has a bond of

25   mutual affection.

1       "At the age of 14 or 15 years old, we all struggle

2    with self-acceptance and wanting to belong.  For me, my friend

3    and I went online and talked to people we assumed were our age.

4    It was something everyone did at the time.  Through countless

5    days of chatting with these guys, I truly felt we all became

6    friends.  We talked about just daily things like school, life,

7    our interests, our dislikes, if we could travel, where to.  It

8    was rejuvenating to talk to someone who did not know everything

9    about me or my life.  They did not judge me and made me feel

10   like they truly cared about me.

11       "Little did I know on the other side of that screen

12   were people I could not trust and did not have my best

13   interests in mind and never crossed my mind these guys were not

14   who they said they were, especially Josh whose user name is

15   also Tex, who in time got close to me and became a constant

16   friend to talk to on a day-to-day basis.  Years went on and I

17   thought I knew who these men were.  Shockingly, I recently

18   discovered that these men lied to not only me but several

19   girls.

20       "Upon hearing everything of this case, I am truly

21   shocked.  People I never thought would lie to me did.  Why?

22   There was no need to pretend to be a teenager and manipulate

23   young, innocent girls.  What satisfaction do you get hiding

24   behind a screen lying to people who don't know anything about

25   you?

```
1          "Here is the sad truth.  All of these men lied to not
2     only me but multiple vulnerable girls.  Grown men like the ones
3     sitting here today who prey on vulnerable girls should feel
4     ashamed, ashamed that they want to manipulate the innocent to
5     do things that they shouldn't be doing.  This isn't right.
6     That is not okay.  They want -- and the feeling of affection
7     and attention is strong.  Telling these girls what they want to
8     hear in exchange for something is manipulation.
9          "Today I am here to get closure and see face to face
10    the men who lied to me and many more girls.  I feel like
11    through this process I cannot trust people that I talk to on
12    the Internet.  Granted, I should have never been on the
13    Internet talking to strangers to begin with.  All I can do now
14    is take this as a learning opportunity and move forward.  Not
15    everyone has your best intentions in mind.
16         "Because I wouldn't send or do what they wanted, I
17    feel like our friendship took its natural course and it came to
18    an end.  I was starting college and moving on with my life.
19    The friends I once thought I could trust now are nothing but
20    strangers to me.
21         "It could have been a lot worse and I'm truly
22    thankful that my parents have guided me and helped me through
23    all of this.  Today I'm happy that all these girls the men lied
24    to will be able to get some closure and be able to move forward
25    with their lives."
```

1        And, Your Honor, Minor Victim 5's parents are also

2   here today in the courtroom.

3        With respect to Minor Victim 21, Your Honor, I want

4   to close out with her statement.  She was also supposed to come

5   here, Your Honor.  Unfortunately, her grandfather is ill and in

6   the hospital and she had to cancel her flight.

7        Minor Victim 21 writes this: "Hello.  This is Minor

8   Victim 21.  I didn't acknowledge or understand whenever I got a

9   call from the FBI explaining that I had been involved in a

10  case, let alone being the victim in a case.  Once I got the

11  letter, it all hit me at once.  I needed to see the name, Odell

12  Ortega.

13       "I feel numb and I feel used.  Everything is

14  processing at once.  He found me and my best friend at the

15  time, minor victim, on a game I'm pretty sure.  It's hard to

16  remember that part, but I definitely can't forget how I felt

17  when he asked me how to take pictures in a specific outfit that

18  I did receive many years ago.  I'm disgusted.  I was a child, I

19  was an impressionable child.

20       "This along with more recent events from stalkers

21  have left me traumatized.  I am 19 and I'm afraid to leave my

22  home.  This world isn't the same.

23       "Thank you for allowing my voice to be heard.  It's

24  all I could ask for other than all of those men getting what

25  they deserve."

 1            And, Your Honor, if you could give me one moment.

 2            THE COURT:  Mm-hmm.

 3            (Brief pause)

 4            MS. RUSSO:  And, Your Honor, those are the conclusion

 5     of the statements from the victims at this time.

 6            THE COURT:  Okay.  Very good.  No other victims who

 7     wish to be heard or statements that the United States Attorney

 8     wishes to read on any victim's behalf correct?

 9            MS. RUSSO:  Yes, that's correct, Your Honor.

10            THE COURT:  Okay.  All right.  Very well.  The Court

11     would note that as of November 28, it had received the entire

12     packet of the U.S. Attorney which laid out in binder fashion

13     all of the statements that were written along with a few

14     other -- well, several other materials, all of which I've read,

15     and I've read all the individual case files as to each

16     defendant.

17            So in case the record is not clear, it should be that

18     the Court is well aware of, has familiarized itself with, has

19     read through and now heard from all victims who wish to be

20     heard.  So I think we've complied with that aspect of the law.

21            It's 10:30.  My sense was we would do two

22     sentencings, take a short break, two -- two more sentencings,

23     take a lunch break, and then try to do two or three or four

24     more sentencings this afternoon.  Given that we've been out

25     here close to an hour, I think we'll take Mr. Maire and then we

```
 1   will have a short ten-minute comfort break after that, all
 2   right?
 3          So let me call you up if I could, Mr. Kriger, and you
 4   can approach the mic.  This is Defendant No. 1, Christian
 5   Maire.  Yes, sir.  Okay.  Mr. Maire, have you had an
 6   opportunity to thoroughly read over and discuss the
 7   Pre-Sentence Report in the case along with any additions or
 8   corrections that have been made to it before you came here
 9   today?
10          DEFENDANT MAIRE:  Yes, Your Honor.
11          THE COURT:  Okay.  Let me get acquainted and move
12   from the -- and move from the victim file to the Maire file.
13   All right.  Mr. -- Mr. Kriger filed some short objections.
14   Objection No. 1 dealt with paragraph 14 of the Pre-Sentence
15   Report, and he contends, regarding the point system that was
16   referenced in that particular paragraph, that while he has no
17   reason to dispute that a point system was used, he wasn't aware
18   of it himself to induce any criminal activity.
19          The defense attorney or, excuse me, the Probation
20   Office responds by stating that the materials in 14 came from
21   the U.S. Attorney's Office.
22          I would recognize the objection and neither grant or
23   deny -- nor deny it in light of the fact that, A, it does not
24   affect the guideline range, B, I do not intend to use it to
25   compute Mr. Maire's sentence, and while I cannot prove or
```

1   disprove his level of knowledge, there seems to be a dispute

2   that's not going to be resolved here today.  So that would be

3   my response to Objection No. 1.

4           Anything else you'd like to say, Mr. Kriger?

5           MR. KRIGER:  No, Your Honor.  That's fine.

6           THE COURT:  Okay.  Thank you.  No. 2 deals with

7   paragraph 16, and again this deals with the issue of whether or

8   not the images of prepubescent girls came in a solicited or

9   unsolicited manner.

10          I -- I -- I -- I -- I'd like to draw a line here and

11  say, you know, prepubescent to me means extremely young.  And

12  so while I don't think Mr. Maire in any sense denies the

13  factual basis of his plea or what happened in the -- in the

14  criminal activity on which he's to be sentenced, he

15  acknowledges that his computer may have had images of very

16  young girls, but they came to him unsolicited and he didn't --

17  he didn't seek them.

18          Now, again, without a full-blown evidentiary hearing

19  on a matter that I think does not go to the overall computation

20  of the guideline range, I'm willing to accept the statement of

21  counsel, give credence to the fact that there's room for

22  disagreement on this because the images were there, acknowledge

23  that and say I'm not going to decide the issue simply because,

24  again, it doesn't affect the guideline range, and I'm

25  comfortable with Mr. Maire's factual basis and understand his

1    denial of the solicitation of prepubescent images.

2            Anything else from Mr. Kriger?

3            MR. KRIGER:  No, Your Honor.  And I've also addressed

4    it in my sentencing memorandum and in the reply, so I'm

5    comfortable that -- there is one thing that I wanted to say

6    that I wanted to correct, and I thought I had corrected it but

7    apparently I did not.

8            THE COURT:  Yes.

9            MR. KRIGER:  I said upon information and belief that

10   the government did not contest that Mr. Maire was not

11   interested in prepubescent children.  What -- and I had sent

12   that section to the government prior to writing it to make sure

13   of its accuracy, and they said they do dispute it but they

14   don't dispute that the group as a whole did not target

15   prepubescent girls.  So I just wanted to correct that statement

16   in my --

17           THE COURT:  Okay.

18           MR. KRIGER:  -- sentencing memorandum.

19           THE COURT:  All right.  I appreciate that very much.

20           With regard then to the guideline range only and the

21   computation of the level that applies here, do you have any

22   additional corrections, modifications, objections or statements

23   you'd like to make with regard to the Pre-Sentence Report?

24           MR. KRIGER:  I do not, Your Honor.

25           THE COURT:  Okay.  How about United States?

1          MR. MULCAHY:  No, Your Honor.  Could I just add one

2    fact about one of the objections, which was the minor -- the

3    victims under 12?

4          THE COURT:  Yes.

5          MR. MULCAHY:  It affects the guidelines in -- overall

6    computation of the guidelines it does not affect because it

7    would either be a two-level bump or a four-level bump.

8          THE COURT:  Yeah.

9          MR. MULCAHY:  I just want to make sure that that's

10   the -- the -- the Court's thinking, that either way, he would

11   result -- the resulting guideline number may change but it

12   would still be a life guideline range.  And if -- if that's

13   the --

14         THE COURT:  Well, that was my whole point.

15         MR. MULCAHY:  Okay.

16         THE COURT:  The guideline range on Count 1 is life

17   imprisonment, and whether that's 43, Level 1 or 45, Level 1, it

18   doesn't matter.  Moreover, the Plea Agreement contemplates that

19   and I believe provides for allocution and what we're going to

20   get into next.  So that was my rationale.

21         MR. MULCAHY:  The government -- the government --

22         THE COURT:  On both those objections I might add.

23         MR. MULCAHY:  The government's satisfied, Your Honor.

24   Thank you.

25         THE COURT:  Okay.  All right.  Thank you very much.

1          Any other comments on the Pre-Sentence Report?

2          MR. MULCAHY:  No, Your Honor.

3          THE COURT:  Okay.  The Offense Level applicable to

4    Mr. Maire is 43.  The Criminal History Category is I.  The

5    guideline range at that level is life in prison.  The Plea

6    Agreement calls for a life sentence.  And the factual findings

7    of the Court or I -- I should say the factual findings of Ms.

8    Cattrell in her report will be considered the findings of the

9    Court for purposes of this sentence only.

10          With that, let me make another couple of findings

11   here.  I am not going to impose a fine.

12          There is a special assessment of a hundred dollars,

13   and there's also a $5,000 assessment under the Victims

14   Trafficking Act of 2015 that I have to order.

15          I don't think that Mr. Maire has the ability to pay

16   any fine and I don't see that that would in any way materially

17   add to the sentence.

18          The forfeiture has all been accomplished in the case

19   as I understand it.  I know Mr. Ross is here.  What's going on

20   with forfeiture?

21          MR. ROSS:  Yes, Your Honor.  The Court entered on

22   November 19th a Preliminary Order of Forfeiture with respect to

23   Mr. Maire.  The government has provided the language

24   appropriate for the judgment.  We would ask the Court to

25   instruct the Probation Department to include that in this

1    judgment.  Mr. Kriger has been apprised of the language the

2    government is seeking.

3            MR. KRIGER:  Correct, Your Honor.

4            THE COURT:  All right.  Great.  Everybody agrees on

5    the forfeiture provision.  We will include the agreed-upon

6    language in the Judgment and Commitment Order.

7            Restitution we will speak to.  The United States is

8    seeking restitution and the Probation Office wrote about it so

9    we'll hear from counsel on that.

10           And I would like Mr. Kriger to know that I have read

11   all of the sentencing materials and I received the reply to the

12   government's sentencing memorandum I believe it was yesterday

13   afternoon.  But in any event -- no, no, that would have been

14   Monday, the 3rd of December, at about 12:15.  And I understand

15   where the issues are joined and I've read everything relevant

16   to the -- to the matter.

17           With that in mind, let me invite Mr. Kriger on behalf

18   of his clients to lodge any additional remarks he'd like to

19   make as to sentencing, mitigation or any other factors.  Go

20   right ahead.

21           MR. KRIGER:  Your Honor, before I begin, I understand

22   we have an hour that the Court has --

23           THE COURT:  Well, we want to do it in under an hour.

24   I don't think --

25           MR. KRIGER:  And I will --

1          THE COURT:  -- anybody needs an hour --

2          MR. KRIGER:  No, I --

3          THE COURT:  -- to do a sentencing here.  But anyway,

4    I have also contemplated victim testimony in that.  But go --

5    go right ahead.

6          MR. KRIGER:  I have three people, and I spoke to the

7    government, who would like to say a few words on Mr. Maire's

8    behalf and the government has no objection.  I alerted it --

9    them to that a couple of weeks ago and confirmed it again this

10   morning.  So --

11         THE COURT:  I'm fine with that.

12         MR. KRIGER:  Okay.

13         THE COURT:  Again, my -- my insistence is that we

14   have a lot going on here and a lot of people and a lot of

15   people need to be treated fairly.  I just don't want anybody up

16   here giving, you know, hourlong lectures or speeches, but I'm

17   very happy to hear from anybody that any defendant wants to

18   speak on their behalf --

19         MR. KRIGER:  Thank you, Judge.

20         THE COURT:  -- under appropriate circumstances.

21         MR. KRIGER:  With that, I'll start --

22         THE COURT:  Mr. Mulcahy?

23         MR. MULCAHY:  Yeah.  The -- the government did not

24   say that we don't object to that.  That's --

25         MR. KRIGER:  It's my --

```
1           MR. MULCAHY:  I'm going to talk for now.  We -- we do
2   object in the sense that I'm sure every defense attorney and
3   every defendant would like members of their family or some
4   folks to come forward and speak.  And we think it'd be more
5   expeditious -- the Court's received letters from lots of folks.
6   And so we think in the interest of saving time and judicial
7   resources, that we would say that it's not something that we
8   would agree to.
9           THE COURT:  Okay.
10          MR. KRIGER:  Your Honor, may I please?  I
11  specifically called Ms. Russo.
12          THE COURT:  Look, I'm going to rule.
13          MR. KRIGER:  Okay.  Thank you.
14          THE COURT:  You can have your testimony.
15          MR. KRIGER:  Thank you.
16          THE COURT:  All right?  I'm always happy to hear from
17  people.  I've never precluded people from making statements.  I
18  have had to cut people off because they speak too much, but I'm
19  happy to hear.
20          MR. KRIGER:  Thank you, Judge.
21          THE COURT:  Okay.  All right.  Go ahead.
22          MR. KRIGER:  I'd like to first start with Father
23  Steve.
24          THE COURT REPORTER:  I'm sorry, I can't hear you, Mr.
25  Kriger.
```

1          MR. KRIGER:  Oh, I'm sorry.  Father Steven.

2          THE COURT REPORTER:  Okay.  And they need to speak at

3    the mic.

4          FATHER ALLEN:  Your Honor, I'm Father Steven Allen.

5    I'm a Greek Orthodox priest.  Mr. Maire is a parishioner of my

6    brother priest, Father Thomas Marretta in Owego, New York, and

7    I did not know Christian Maire until these events occurred.

8          Sometime ago Father Thomas asked me to visit Mr.

9    Maire in prison and to administer confession and, if possible,

10   Holy Communion.  It took a number of months to arrange this

11   with the Midland County Jail.  I was in there last Thursday and

12   received Mr. Maire's confession.  Of course, normally

13   confession is highly confidential under a seal of confession,

14   but with his permission I can relate what occurred.

15         I've -- to give some background, I've been a priest

16   for 33 years.  I do prison ministry with prisoners in very

17   tough circumstances in maximum security prisons who've done

18   some pretty bad things.  So I've confessed a lot of people and

19   I've confessed people who were sincere and people who I -- I --

20   I could -- far as I could tell weren't sincere.

21         Mr. Maire showed a great deal of remorse.  He feeled

22   [sic] -- he felt crushed by the reality of what he had done and

23   done to these young women.  And when I instructed him to

24   remember daily that he could never restore to them what he had

25   taken away, he wept copiously and seemed to genuinely be

1    remorseful.

2              I reminded him of the -- and I'll -- I'll finish.  I

3    know we have a short amount of time.  I reminded him of what

4    occurred at the death of Christ: that the one thief crucified

5    on one side of him blasphemed him, the other thief said to the

6    bad thief, "We are receiving the due reward of our deeds."  And

7    I reminded Mr. Maire of this and I said, "You have to set this

8    firmly in your mind and be firmly -- tell our Lord that you're

9    willing to endure anything for your salvation and to pray daily

10   for the people that you've hurt because only God can -- by the

11   miracle of God, only God can fix this."  And he wept a great

12   deal, and I believe sincerely that he was sincere and has very

13   profound remorse for these crimes that he has committed.

14             THE COURT:  Okay.  Thank you very much.

15             MR. KRIGER:  Thank you, Your Honor.

16             THE COURT:  Thank you.

17             MR. KRIGER:  The next I would call Judge Colston.

18             JUDGE COLSTON:  First of all, Your Honor, I want to

19   say I'm not here as a judge.  I'm here as a friend of this

20   family, this family I've known for 20 years.

21             THE COURT:  Are you the young woman from...

22             JUDGE COLSTON:  From Rome, Georgia.

23             THE COURT:  Georgia?  Yeah, I read your letter.

24             JUDGE COLSTON:  You can't tell from the way I talk I

25   suppose.

1          THE COURT:  Yeah.  Yeah.  I read -- I read your

2     letter.  I enjoyed -- go ahead.

3          JUDGE COLSTON:  Thank you.  And I have no --

4          THE COURT:  Go ahead.

5          JUDGE COLSTON:  I'm not going to repeat it, Your

6     Honor, and I appreciate this opportunity.

7          The thing that's important in this entire thing is

8     the fact that Christian is so remorseful.  Now, what I know is

9     that from knowing Christian and having corresponded with him

10    while he has been in jail is that this didn't just start, his

11    remorse.  So often we see that that remorse is always when as

12    soon as a person's arrested, they're all remorseful.

13    Christian's been remorseful for a long time. He tried to quit

14    this.  He tried to quit several times.  He did finally quit

15    right before -- shortly before being arrested.

16          He has been sick about himself.  He's devastated

17    about himself.  He hates himself.  He does not think that he

18    deserves me being here.  And I'm mad as the devil at him

19    because this young man is the man that I know that cried up

20    here as that first letter was written by the victim's mother,

21    and I watched him cry, just tears rolling down his face, which

22    is exactly what I would expect from this young man.

23          But the Christian that I know does things like

24    trudges through the snow with my luggage, 50, 60 pounds of

25    luggage trying to find where I'm staying at a ski lodge.  He

1    comes and checks on me when I hurt myself and sat there and

2    couldn't ski the rest of the trip.

3           He was the one that I shared books with, that I've --

4    that I talked to, that I love, that I respected.

5           He's the person that I watched lovingly look at his

6    wife the day when they found out they were pregnant, and it

7    happened to be at his stepsister's wedding and he didn't want

8    to tell anyone.  I guessed that that was what they were so

9    happy about.  And he said, "Don't tell anyone.  I want this to

10   be Allison's day.  The focus should be on her."

11          The thing that I want to remind -- and these poor

12   victims, these -- bless their heart.  And this is such a hard

13   job for the prosecution.  I feel so bad.  I was -- I was the

14   district attorney for a while and your job is --

15          THE COURT:  Come on, Judge, come on, come on, come

16   on.

17          JUDGE COLSTON:  I'm sorry.  I'm sorry.  I'm sorry.  I

18   want to say is that that's the person.  That I want you to

19   remember there are two families in this, and I know that you

20   do.  And I know that there is a person behind this addiction,

21   and that's the only thing it could be is that is an addiction.

22          Your Honor, I -- I hope that you can find a way in

23   your heart to realize that there are other families involved in

24   this, and although the pain we feel for the victims, there's

25   a -- there's redeeming qualities in Christian, and I just hope

```
 1    that I can help -- I was helping you.
 2            THE COURT:  Okay.  Thank you, Judge.  Much
 3    appreciated.
 4            JUDGE COLSTON:  Thank you.
 5            MR. KRIGER:  Your Honor, the last would be is his
 6    father and I will make sure that he's brief.
 7            THE COURT:  Yeah.  Now, I do want to say, Judge --
 8            MR. KRIGER:  Colston.
 9            THE COURT:  -- Judge Colston and Father Zharsky both
10    wrote letters.
11            MR. KRIGER:  Right.  This -- this -- this was not
12    Father Zharsky.  This was a local priest.  Father Zharsky was
13    his priest --
14            THE COURT:  I'd like to keep this to new information
15    that I haven't read already.  Come on up, Father, and we'll get
16    Mr. Maire and --
17            MR. KRIGER:  This is Mr. Maire's father, Your Honor.
18            THE COURT:  Pardon me?
19            MR. KRIGER:  Mr. Maire's father.
20            THE COURT:  That's what I said, Mr. Maire, yep.
21            MR. URS MAIRE:  Your Honor, first and foremost, my
22    heart goes out to the victims and to the parents of the victims
23    for the trauma and hurt that my son has caused, and I
24    profoundly apologize for his actions.  No parent or child
25    should have to go through the experience that you have gone
```

1    through.

2            It was a total shock to me when I found out what my

3    son did and I am truly appalled and disappointed by his

4    actions.  He needs to face the consequences of his actions.

5            Christian grew up the only child in a loving and

6    stable middle class family.  He was a good student, never

7    caused any academic or behavior problem.  And he was -- he was

8    teased and bullied as a child, but that is no excuse for what

9    he did in this case.  Many children are teased and bullied and

10   do not commit crime, commit crimes.

11           I travel a lot in my career and had to spend time

12   away from home, but his mother was a stay-at-home mum and gave

13   him love and stability.  That she passed away when he was 23 I

14   believe is still a loss that is gnawing at him.

15           Everyone who knows Christian knows him as a loving

16   and doting father to his two children, and he still loves the

17   children very much.  He prepared their breakfast, took them to

18   their afterschool activities as his wife, their mother, was at

19   that time an afterschool music teacher.  In the words of

20   friends and family, he did the heavy lifting.

21           He also worked tirelessly to do his part in bringing

22   a fledgling company to success along with his two partners.

23           Any free time he had he spent with his children or

24   doing home improvement.

25           All his life Christian was a gentle, helpful and

1    thoughtful man who never showed any signs of criminal behavior.

2    That's why when he was arrested, it came as such a shock to his

3    family and friends, and we're still struggling to believe and

4    understand what he did to his victims as a result of his

5    addiction.

6         Please let me share a little bit of what I have been

7    doing in the past five years --

8         THE COURT:  No, no, no, no, no, no.

9         MR. URS MAIRE:  Okay.

10        THE COURT:  Next paragraph please.  Keep going.  Keep

11   going.

12        MR. URS MAIRE:  Well, I --I -- I'm a court-appointed

13   special advocate and I'm also the chair of the drug court.

14        THE COURT:  I know.  That's not relevant.  Keep

15   moving, Mr. Maire, please.

16        MR. URS MAIRE:  I strongly believe that Christian

17   does not fit into the category of child abusers I encounter in

18   juvenile court.  He fits with the people I see in drug court

19   batting -- battling and recovering from addiction.

20        Okay.  I'll jump ahead.  This leads me to his

21   sentencing.  As I understand it, the Court has no choice but to

22   give him, my son, a minimum sentence of 20 years.  I'm very

23   confident that with proper counseling, Christian will leave

24   prison after 20 years a better man, still capable of making

25   positive contributions to society.  And while in prison, it is

1    my hope that he can utilize his college degrees and computer

2    skills to benefit fellow inmates.  It is my goal to remind and

3    admonish him of his duty to redeem himself.

4          Despite my anger and disappointment over what he has

5    done, I still love him and I will always stay by his side and

6    support him in his endeavors.

7          He has written me many letters expressing the horror

8    of what he has done, and I have no doubt that these letters are

9    sincere and not an eleventh-hour attempt to help himself.  Some

10   of them have brought me to tears.

11         In concluding, Your Honor, I am 75 years old, in good

12   health and working to stay that way.  If your sentence for

13   Christian is 20 years resulting in a possible release in

14   16 years with what he has already spent in prison, I will be

15   91 years old.  I truly hope that I will be able to hold my son

16   and only child in my arms at that time.

17         Thank you.

18         THE COURT:  Okay.  All right.  Thank you very much.

19   Grateful for those words.

20         And now we will go back to Mr. Kriger who has the

21   right to make the statement he would like to make on behalf of

22   his client as to mitigation, allocution.  Again, I have read

23   through everything and I continue to read through your sentence

24   memorandum and -- and -- and the letters, including from the

25   judge and Mr. Maire's father, but I also have great interest in

1    Dr. O'Neil's findings which I read extensively more than once.

2    So anything else you'd like to say, go right ahead.

3              MR. KRIGER:  Your Honor, I'm not in the habit of

4    repeating what's in my sentencing memorandums.  I know the

5    Court is thorough.

6              THE COURT:  I -- I have a legal question.

7              MR. KRIGER:  Sure.

8              THE COURT:  The mandatory minimum is 20 years as I

9    understand it --

10             MR. KRIGER:  Correct.

11             THE COURT:  -- on the enterprise charge, and the

12   guideline sentence range and the Plea Agreement range is life

13   in prison, and I assume the reason you're here is to ask for

14   less than that.  Do I have to vary?  Is -- is it -- I assume

15   the only way I can get there is a variance from the applicable

16   guideline range.  That's what I'm thinking.

17             MR. KRIGER:  Correct.

18             THE COURT:  Okay.

19             MR. KRIGER:  I think that's exactly --

20             THE COURT:  Go ahead.

21             MR. KRIGER:  That's accurate, Your Honor.

22             Your Honor, one of the things that I want to speak to

23   before I really get into the allocution is the government's

24   sentencing memorandum and this portrayal of Mr. Maire as the

25   mastermind and the leader.

1          Last night I stayed up late and I went through the

2     discovery and I searched for the word "leader."  And in one of

3     the co-defendants' statements, in his proffer, and I want to

4     read this to the Court because this was not in the government's

5     sentencing memorandum and shame on me for not finding it

6     earlier to put in the reply brief, but it says, "Spaceman," who

7     is Mr. -- which was Mr. Maire's online identity, it says,

8     "Spaceman was not the leader of the group but he was the

9     primary hunter."

10          Your Honor, I have tried to make this sentencing

11     memorandum as brutally honest as possible.  At no time has Mr.

12     Maire ever denied any culpability in this case.  He came

13     forward, as I indicated in the sentencing memorandum, before we

14     looked at a page of discovery offering to cooperate.

15          There is another piece of discovery that I've found

16     where it says one of the members said he remembers a name who

17     was actually one of the masterminds of creating the sheet.

18     That was not Mr. Maire.  Mr. Maire admits that when ICanHazChat

19     was shut down, he took that sheet and posted it on TitanPad,

20     but he was not the author of that sheet and he is not the only

21     contributor to that sheet once it went on.  He happened to be

22     the person who found the website and got the password and set

23     up the account, but as I stated in my sentencing memorandum or

24     in the reply, Your Honor, this was a collaborative effort and

25     everybody here shares, I think in large part, equal

1   culpability.

2         Your Honor, I sat through these victims' statements

3   and they were gut-wrenching.  And as someone who has two

4   daughters of his own, I certainly understand what these

5   parents -- well, I -- I don't understand what these parents

6   went through, but I think I can somewhat imagine.

7         There was one person that said something that I

8   completely agreed -- well, I agreed with everything, but she

9   said they need help, and that's true, they need help.  This is

10  a disease.

11        You've read Mr. O'Neil's report.  I don't think this

12  is a person who -- that you need to lock up and throw away the

13  key.  I know the government disagrees.

14        So, you know, what do you say, Your Honor?  How do

15  you defend what is the indefensible?  So I thought what do I

16  have -- what can I say to defend the indefensible?  And a case

17  came to mind, and that's the case of Leopold and Loeb.  And Mr.

18  Darrow is a far better lawyer than I would ever hope to be, but

19  there's some real parallels in that case and I want to talk

20  about those for just a minute.

21        Mr. Leopold obtained a bachelor's degree and

22  graduated Phi Beta Kappa from the University of Chicago.  He'd

23  been accepted to Harvard Law School.  Richard Loeb was the

24  youngest graduate in the history of the University of Michigan.

25  And they committed a senseless crime, a brutal murder of

1    14-year-old Bobby Franks for their own selfish purposes, for no

2    other reason.

3          Mr. Maire, like Mr. Loeb and Mr. Leopold, is highly

4    educated and he committed this senseless crime for his own

5    selfish purposes.  Mr. Darrow spoke for hours imploring the

6    judge not to impose the death penalty, and he talked about how

7    about Mr. Leopold and Mr. Loeb, like Mr. Maire, suffered from a

8    sickness.  And in the last few paragraphs of his closing

9    argument, which I said spanned hours, he tells the judge that

10   if their life is spared, there may be a day when they might be

11   released from prison.  And he says to the judge, "I would not

12   tell this court that I do not hope that sometime, when life and

13   age has changed their bodies, as it does, and has changed their

14   emotions, as it does, that they may once more return to life.

15   I would be the last person on earth to close a door of hope to

16   any human being that lives, and least of all to my clients."

17          And he concludes, and I think these words are just so

18   powerful, Your Honor: "I am pleading for life, understanding,

19   charity, kindness and the infinite mercy that considers all.  I

20   am pleading that we overcome cruelty with kindness and hatred

21   with love.  I know the future is on my side.  Your Honor stands

22   between the past and the future.  I am pleading for the future.

23   I'm pleading for a time when hatred and cruelty will not

24   control the hearts of men, when we can learn by reason and

25   judgment and understanding and faith that all life is worth

1    saving and that mercy is the highest attribute of man."

2           Mr. Loeb was murdered in prison, but Mr. Leopold was

3    released from the prison when he was 53 years old.  What did he

4    do with his life after he was released?  He moved to Puerto

5    Rico.  He earned a master's degree at the University of Puerto

6    Rico, became a member of the faculty.  He did research in the

7    social service programs of Puerto Rico's Department of Health.

8    He worked on Urban Renewal and Housing Agency and did research

9    on leprosy at the University of Puerto Rico School of Medicine.

10   He also became a world renounced ornithologist and published a

11   book on birds of Puerto Rico and the Virgin Islands.  Obviously

12   I say this because I believe Mr. Maire, like Mr. Leopold, has a

13   lot to contribute if given the opportunity and if this Court

14   sees fit to give him this opportunity.

15          This crime has caused an enormous amount of damage on

16   the victims and their families.  But we have a directive of

17   Congress, Your Honor.  What sentence -- and this is the

18   ultimate decision this Court has to make and is certainly one

19   of the reasons that I never wanted to be a judge because I

20   can't make these kind of decisions, or not comfortable making

21   them anyway.  What sentence is sufficient but not greater than

22   necessary to achieve the purposes of 18 USC Section 3553(a)?

23          And I've asked, and I know it's -- after listening to

24   those statements, it is difficult, but I believe, Your Honor,

25   that 20 years does meet that standard.  This man suffers from

1    an addiction, a compulsion, and it is clear from his attempts

2    to remove himself for weeks, even months at a time that he

3    understood and has empathy for these victims and knew what he

4    was doing was wrong but wasn't able to control that addiction.

5    Mr. O'Neil says this man has a very good prognosis.

6           I understand that punishment is of paramount

7    importance in this case, and as I said in my sentencing

8    memorandum which I said I wouldn't repeat, 20 years is a severe

9    sentence.  He will miss every milestone of his child's life.

10          I've gotten to know Christian Maire pretty well.

11   When he read the government's sentencing memorandum and read

12   the statements of the victims, he broke down crying.  This is

13   not a man without empathy, without understanding.

14          Your Honor, sentencing is the most difficult time, at

15   least from my perspective, for a criminal defense attorney.

16   And this case is particularly difficult because of the harm to

17   these children, and I make no bones about that, the harm was

18   devastating.  But I don't think it's necessary and quite

19   frankly I think it's wrong to lock this man up for life.

20          I'd be happy to answer any questions this Court might

21   have, any concerns that it might have.

22          THE COURT:  I appreciate your work as always and

23   extensive, deep and compelling on behalf of your client.

24          MR. KRIGER:  Thank you, Your Honor.

25          THE COURT:  Thank you very much.

```
 1            MR. KRIGER:  I know Mr. Maire would like to say some

 2    things.

 3            THE COURT:  I am going to let him do that right now.

 4    Mr. Maire, you have the opportunity to speak on your own behalf

 5    in addition to your lawyer's words and the words of the folks

 6    who spoke here as well as the letters I've received regarding

 7    anything you'd like to say as to the sentence or any other

 8    mitigating factors.

 9            MR. KRIGER:  Your -- Your Honor, I don't know if it's

10    like an oral argument at the Sixth Circuit, but after the

11    government's done, if I have anything to say, just like to have

12    a few minutes if I could

13            THE COURT:  You can have a brief final word.

14            MR. KRIGER:  Thank you.

15            THE COURT:  Go ahead, Mr. Maire.

16            DEFENDANT MAIRE:  Your Honor --

17            THE COURT:  And it's most definitely not like that

18    court, Mr. ...

19            Okay.  Go ahead, Mr. Maire.

20            DEFENDANT MAIRE:  Your Honor, I've prepared something

21    to say.  Might be a little lengthy.  I'll try to keep it short,

22    but I -- I do have some things that I feel that are important

23    to say, so I appreciate your patience.  And I've wrote some

24    notes down so I didn't want to miss anything.

25            And it was hard to know where exactly to begin.  I'm
```

1   really so ashamed of myself and the harm that I've caused to --

2   to all my victims.  I -- I -- I truly apologize, apologize

3   to -- to all of them.  I know my apology is too little too

4   late.  It doesn't make up in any way for what I've done.  I --

5   I took advantage of your youth and your trust and I betrayed

6   you and -- and put my own -- my own selfishness above your own,

7   of your dignity and self-respect.  I didn't give really any

8   thought to the harm I was doing.  I just thought about myself.

9   If I had thought about it, I wouldn't be here and -- and none

10  of you would be here.  I can only pray that every single one of

11  these victims recovers from this.  And I don't deserve to ask

12  for your forgiveness but I am sorry.

13          This past year I've had plenty of time to reflect on

14  my actions and myself as a person, and I've only gotten more

15  and more disgusted and disappointed with myself.  I never

16  thought I could sink so low.  As I got taken in more and more

17  by pornography, I kept pushing the boundaries of my own

18  morality, especially including age boundaries and who I might

19  hurt and what am I doing.  I did stop myself several times and

20  I kept slipping back.  And I -- every time I stopped, I thought

21  I was done for good.  I never recognized this -- the -- the

22  signs of addiction, and -- and it seems obvious now but I don't

23  think I could stop on my own.  I should have asked for help; I

24  didn't do that.  I know I need help and -- and I wish -- I wish

25  I had sought help.

1          I don't think anyone who knows me wasn't shocked by

2     the news of what I did, and I'm -- you've heard enough about

3     that, so... .  But as far as the consequences of my behavior,

4     it's been disastrous and I've -- I've devastated my victims and

5     I've devastated the people that I love.

6          After I was arrested, I was in shock and denial and I

7     tried to reassure myself that I was a good person, and then I

8     started to look back on what I did and I didn't feel that way

9     anymore.  But then I started talking to people that have

10    addiction and to the psychologist and I started to feel hope

11    that with help, I could -- I could overcome this, and I

12    desperately want help.  I've -- I do feel confident that I can

13    overcome, and I'll commit myself wholeheartedly to any

14    treatment I can receive.  I've got the support of people that

15    love me that won't let me fail, and I've also got my faith

16    which I drifted from, but I know with God's help I can come

17    through this and I -- I won't let Him down ever again.

18         Your Honor, please consider the man that I was before

19    and outside of this crime.  I fully recognize that I need

20    punishment but I also need help and I ask you for the help.  I

21    never set out to be like this.  I took one step down a dark

22    staircase and then another, and every step along the way my

23    eyes adjusted to the darkness, but now I'm so sick of carrying

24    that darkness in my heart.  Please give me a chance at

25    rehabilitation and a new start and I will not let you down.

1           And that was all I wanted to say, Your Honor, before

2     I read the -- the sentencing memorandum, but there was three

3     things that -- that stood out that shocked me that I wanted to

4     share if I could take a little extra time.  Thank you.

5           The first thing was reading my own words, looking

6     back, what I did, what I said to these girls, what I said

7     behind their backs, my total disregard for their dignity and

8     well-being.  The government used some very strong words to

9     describe my behavior, and I agree with most of what they said.

10    I'm more ashamed of myself than ever after reading my own words

11    in black and white.

12          My second shock was when I read the victims' impact

13    statements.  I can honestly say in the midst of my crime, I --

14    I never truly considered the harm that I was doing.  And I was

15    aware of -- of other groups that would -- would bully and/or

16    would blackmail their victims, and I wasn't aware that -- that

17    some of the people that I was associated with were doing that.

18    But because our group relied on friendly conversation and --

19    and disguised empathy, I -- I just told myself that our victims

20    were willing and that therefore we wouldn't cause any lasting

21    harm, and I've -- over the past year I've been realizing that

22    was just a rationalization.

23          But -- but after reading the -- the victim impact

24    statements, I realized that -- I mean it just -- what their --

25    what they and their families said, it just brought it all home.

1    I had to face the stark reality that I've shattered so many

2    lives for my own selfish impulses and it wasn't a game.

3         The government wrote that Minor Victim 2 deserves

4    special consideration.  I agree.  My lawyer watched as I read

5    her story and I completely broke down by the devastation that I

6    caused her.  I had close contact with her.  She trusted and

7    confided in me, and especially with her dance dreams and -- and

8    her anxiety at school.  I even convinced myself that I was

9    helping her, encouraging her to persevere, but at the same time

10   I was exploiting her and manipulating her.  Dance was for her,

11   and the thought that she gave up on that dream because of me

12   breaks -- it breaks my heart, and I've reached a whole new

13   level of realization of the harm that I've done.  For all my

14   victims, all of -- all the victims of everybody here, I'm so

15   deeply sorry.

16        The -- the third shock was reading the government's

17   statements about my role in the group.  And -- and I want -- I

18   want Your Honor to know that I've been upfront and honest about

19   my -- my responsibility for everything that I've done and I did

20   my best to -- to help the investigation.  And when I met with

21   the -- the government, I -- I pointed the prosecution to

22   ICanHazChat as the origin for the group.  I offered to log on

23   and identify the users who were the leaders and originators of

24   that group.  We ran out of time and I was never interviewed

25   again.

1          I made it clear to my lawyer that I was willing to

2    sit down with the government at any time, and -- and any

3    details that I couldn't recall during the -- during that

4    meeting I -- I passed on to my lawyer who I understand passed

5    that on to the government.

6          Now, the government, excuse me -- the government

7    states that I hunted girls, that I lied and I manipulated them,

8    and that is all true.

9          They say that I established the group, that I was the

10   mastermind, that I developed a hunt strategy, invited new

11   members, trained new members, and none of that, Your Honor,

12   is -- is true.  I fully admitted my role, but to say that I was

13   mastermind is not correct.  I was certainly very active during

14   those last couple of years and -- but the -- when I was

15   invited, that group was already well established and had

16   multiple leaders, and -- and that original hunt strategy and

17   the sheet were all in place.

18         And I don't deny that I took that information and --

19   and I helped the group by finding TitanPad and -- and creating

20   an account on there, moving the sheet onto the new website when

21   the old website was getting shut down.  And -- and I did -- I

22   did -- I did the -- so in -- in that -- in that sense, I -- I

23   absolutely enabled their -- their activity.

24         And during my initial involvement, the group was

25   primarily targeting girls of legal age, and as illegal activity

1    got more common, some of the leaders left and some of the

2    leaders stayed.

3           And in the beginning I -- I did do some hunting, but

4    not much and not very successfully.  But as -- as time went on,

5    my success got more and -- and especially when the group moved

6    to MyLOL for victims.  And during the last couple years'

7    involvement, some of the members left and some decreased their

8    activity, and -- and -- and shamefully at that point I did pick

9    up the slack, and during that time I did recruit more members

10   or more -- more girls than -- that any other individual member,

11   I fully admit to that.  It's not accurate to say that I

12   recruited almost all of them, however.

13          Eventually I too scaled back on my hunting, and --

14   and then shortly after the group moved to this court, I -- I

15   left the group entirely, and to my understanding many of them

16   continued.

17          I believe that the government is conflating

18   leadership with level of activity, and in the absence of any

19   clear leadership toward that, other members might have pointed

20   me because I was most active during that time, although as I

21   understand it now, members specifically said that I wasn't the

22   leader.

23          All the other members -- I didn't start the group.  I

24   never started -- I never invited a single new member.  I never

25   trained any new members and I had no authority over any other

1   members.  All members had access to hunt strategy that was

2   developed before I even joined the group.

3          I want Your Honor to know that the fact that I don't

4   consider myself the leader in no way makes my participation any

5   less horrific.  I point to myself with mountains of blame.  And

6   if the government would like to sit down with me, give me

7   access to my ICanHazChat account, I can -- I can come through

8   with the offer that I gave them originally to help them find

9   the -- the original leaders, but I'm happy to do so.  I think

10  that would provide the government with the missing piece that

11  they're filled in with me.

12         Your Honor, I don't shy away from any of the blame

13  and I deserve -- and there's a lot of blame that I do deserve.

14  I've done awful things and I've deeply hurt a lot of people and

15  these are things that you should consider in deciding my

16  sentence, but I ask you not to accept at face value the idea

17  that I was the founder and leader.  I ask you to please judge

18  me on my actual deeds, which were terrible.

19         As the government points out, my conduct is a

20  complete contradiction to who I was to my family and friends,

21  but they're wrong in saying that I was just playing the role

22  of -- of the loving father and husband.  I love my children and

23  my ex-wife with all my heart and I've got a lot of good in me

24  but I'm sick.  Pornography led me down a very dark road, and I

25  became desensitized and blind to the depth of the evil that I

1  was doing.  My arrest stopped me and that's a good thing.  And

2  I'm almost done, Your Honor.  It put me face to face with --

3  with my sins.  And there's an implicit justice that I will not

4  be there to raise my children after what I've done to so many

5  other parents' children, and I can see that if I was here today

6  as a parent instead of as a defendant, I -- I would be

7  devastated.

8          No matter what punishment I get here, it's guaranteed

9  to be severe.  And I know I need treatment and I look forward

10  to it.  I believe that I can still do a lot of good in my life,

11  but outside of my crime and the letters of the people that I

12  love are a testament to that.  And I ask you, Your Honor,

13  please give me another chance to prove to you that -- that I

14  can still contribute to society.

15          Thank you.

16          THE COURT:  Thank you very much.

17          Mr. Mulcahy.

18          MR. MULCAHY:  Yes, Your Honor.  May I approach the

19  other lectern where Mr. Kriger is?

20          THE COURT:  Yes, go right ahead.  The United States

21  has the opportunity to make any remarks in addition to its

22  sentence memorandum and victim statements.  I'd be pleased to

23  hear from you now.  Go right ahead, Mr. Mulcahy.

24          MR. MULCAHY:  Thank you, Your Honor.

25          I too, as Mr. Kriger did -- I will not -- as Mr.

1    Kriger did not, I likewise will not repeat my sentencing memo.

2         I want to do three things though here today: first,

3    address this issue of Mr. Maire's role and conduct in the

4    group; the second thing is respond to some of the statements

5    made in Dr. O'Neil's evaluation; and lastly, give the Court the

6    baseline for our recommendation.

7         Your Honor, Mr. Maire claims that he was not the

8    leader of the group.  I agree that he was not the founder of

9    the group, but as Mr. Kriger points that one defendant did not

10   call Mr. Maire the leader of the group, at least two others,

11   two of these men identified Spacey James or Mr. Maire as the

12   leader of the group.  And more importantly, every -- every one

13   of these men identified facts that would like one to the only

14   logical conclusion which is that he was the leader.  They all

15   knew that TitanPad, or the sheet as they called it, access to

16   that came based on an invitation from Mr. Maire.  I don't think

17   he denies that.  So password-protected activity, hub of

18   activity for this group required Mr. Maire's invitation.  So he

19   invited the folks to the group.

20        He says that he didn't hunt as much at first, but by

21   the end he was the primary hunter.  I don't think he denies

22   that.  Every one of these men identified him as the primary

23   hunter.  Several victims identified themselves as being hunted.

24        We did a search warrant -- being hunted by Mr. Maire.

25   We did a search warrant on Mr. Maire's MyLOL account and there

 1    were almost 30 girls invited there.  In the sentencing

 2    memorandum, the idea of him being an epic hunter was sort of --

 3    there was a mild pushback on that based on the fact that if

 4    only 30 girls from MyLOL were invited and this group had over a

 5    hundred, then how could Mr. Maire be the primary hunter for the

 6    group.

 7             But Mr. Maire hunted not only on MyLOL, he hunted on

 8    other social media platforms as well: Giffeo, Periscope, all

 9    kinds of places.  Where teenagers and preteen girls went, so

10    went Mr. Maire.

11             He was the -- he was also -- besides being the

12    primary hunter and the one responsible for TitanPad or the

13    sheet, he was the one for -- responsible for shutting it down,

14    and he was the one responsible for creating a new hub of

15    activity on the website, Discord.

16             When reviewing the chats that have been recovered in

17    this case, Mr. Maire is ever present.

18             Based on the statements of his co-defendants and the

19    statements of victims as well as the evidence in black and

20    white recovered in this case, all signs point to the principal

21    person responsible for this group as being Mr. Maire.

22             Now, I guess I agree with the idea that there wasn't

23    a vote and he wasn't voted leader of the group, but what do you

24    call someone who is primarily responsible for getting the

25    girls -- an incredibly active talker to get those girls to

1    engage in sexual activity on web camera and the person who runs

2    the hub of activity for the group?  You call them the leader of

3    the group.

4            So Mr. Maire's conduct, I appreciate that he

5    acknowledges that it was reprehensible, but it was also a

6    leadership role as well.  And leadership was important.

7    This -- that role was important for this group because without

8    Mr. Maire, there were far fewer, I would say very few, girls to

9    hunt or that were hunted and brought to the site.  Mr. Maire

10   towards the end was very much responsible for those girls.  So

11   his role in this enterprise is primary.  He ranks as the number

12   one person in this group.

13           I want to talk as well about Dr. O'Neil's report and

14   evaluation of Mr. Maire.  There are a couple of glaring things

15   that I want this Court to consider.  I recognized early on when

16   the Court talked about how it has reviewed materials, that it

17   reviewed Dr. O'Neil's report several times, and I want to -- I

18   want to speak about a couple of things in that report.

19           Most importantly, the gloss of this report, how

20   this -- the foundation that this report is built upon are

21   statements of Mr. Maire.  And so because they're based on

22   statements of Mr. Maire, we need to -- I think it's fair to

23   evaluate his relationship with the truth, and my suggestion,

24   Your Honor, is that Mr. Maire and the truth are strangers.  To

25   all of the girls that he met online, he lied.  To his friends

1    and family, he lied.  To his wife, to his children, he lied.

2    The people that came in contact with Mr. Maire were never told

3    the truth about what he was really doing or who -- or if it was

4    online, who he really was.

5           And there is evidence that he was also not honest

6    with Mr. -- with Dr. O'Neil.  In fact, Mr. Maire told Dr.

7    O'Neil, I believe it was on page 7 of the report, "I couldn't

8    justify viewing child pornography involving children under 14,"

9    but this group had multiple victims under 14.  And there was

10   child pornography of infants and toddlers recovered from his

11   devices.  Now, I know he's pushing back saying "I never

12   solicited that," but they -- those images and videos didn't

13   grow on his computer.  They were there presumably because he

14   wanted them to be there.

15          He told Dr. O'Neil -- and this is really important,

16   perhaps the most important lie in this entire series of

17   statements that he told Dr. O'Neil because this same lie has

18   been repeated to the Court today and repeated to his family

19   members: this notion that Mr. Maire stopped six months prior to

20   his arrest.  So I say that's a lie.  What I should say is he --

21   he did stop six months before, but he told Dr. O'Neil that was

22   because of, quote, "overwhelming shame and remorse."  There is

23   evidence to suggest that that is not the case.

24          The last time Mr. Maire talked with these gentlemen

25   on Discord was May 20th of 2017.  Prior to that date, the

1    Discord chat started or at least the FBI's recovery of it

2    started on April 29th of 2017.  So a three-week period.  In

3    that three-week period, Mr. Maire is on virtually every day.  I

4    counted three to maybe four days where he didn't at least make

5    one post.  During that time he was linking girls, showing

6    the -- the folks here in this box, you know, the different

7    victims that they could potentially hunt.  He was an active

8    member just like he had been for years.

9            But something happened on May 19th that changed

10   everything, and it wasn't shame and remorse.  On May 19th

11   Arthur Simpatico, Defendant No. 2 in this case, posted a link

12   to a newspaper article.  It was a link to an article about the

13   arrest of another defendant.  And in that article, and Mr.

14   Simpatico tells everyone, "Looks like they've caught Website A

15   and they have logs."  So now for the first time Christian Maire

16   knows that the FBI is looking at this website and that it

17   actually has login data.  He disappears from the website the

18   next day.  He no longer comes on Discord, doesn't make a

19   statement after that May 20th.

20           Last night, Your Honor, I looked through the logs of

21   MyLOL.  That is the website where Mr. Maire hunted a lot.  In

22   those logs, he is on every single month from 2015 through 2017,

23   multiple times a month, and it all stops right after Arthur

24   Simpatico posted that link to that news article.

25           Mr. Maire left the group six months before, but it

1    wasn't shame and remorse; it was the fear of getting caught

2    that led him to leave.  And when he tells Dr. O'Neil that's why

3    he left, that is not true, and because that is not true and

4    because we know that Mr. Maire had been lying to the girls on

5    the Internet and had been lying to his friends and family, I

6    submit to the Court that we can put no trust in Dr. O'Neil's

7    report because the foundation of that report are statements

8    made by Mr. Maire who was not entirely truthful at any point in

9    this case.

10           But let's -- even putting that aside, even if Mr.

11   Maire were truthful to Dr. O'Neil, some of the results --

12   excuse me, the conclusions reached by Dr. O'Neil are absurd.

13   Dr. O'Neil says, quote, "Mr. Maire's motivation was not a

14   sexual interest in children but rather from lacking intimate

15   relationships."  That's on page 2 of the sentencing memo and

16   page 12 of the report, "lacking intimate relationships."

17           The Internet is literally filled with hundreds of

18   websites where any -- involving any type of connection that

19   adults want to make.  That connection can be purely

20   pornographic, it can be a chat-based sort of voyeuristic

21   website.  The Internet is filled with pornography of adults and

22   filled with consenting adults who -- who would chat with one

23   another, remove clothing, play games, use all kinds of

24   instruments, masturbate, do whatever it is these men were

25   targeting these girls to do.  There -- there are literally

1   thousands of women of age on the Internet, that if he is

2   lonely, if he lacks intimate relationships and chat-based

3   relationships that he wants, he has -- he has the option in

4   spades of websites.

5           But that's not what he did.  In fact, he was on one

6   of those websites in a VIP room, so were all of these men.

7   They were the -- the -- the sort of best of the best of

8   adult-based sexual exploitation of women.  I guess I can't even

9   call it exploitation.  Sex on the Internet.  The were the best

10  of the best.

11          But it wasn't good enough for Mr. Maire, and the

12  reason it wasn't good enough wasn't because of lack of intimate

13  relationships.  It's because he had a sexual interest in

14  children.  And -- and don't take my word for it.  On page 20,

15  Mr. Maire says, quote, "We started to prefer underage girl

16  because they were easier to manipulate and more open to

17  suggestion than older girls."  And in this regard I believe Mr.

18  Maire over Dr. O'Neil.

19          The second conclusion that Dr. O'Neil -- and the last

20  one that I'll point to that is -- runs contrary to the evidence

21  in this case is found on page 13 of both the memo and the

22  report, they're actually both on page 13.  And it's in a --

23  it's a paragraph that talks about how Mr. Maire has no pattern

24  of juvenile delinquency or adult criminal behavior.  It later

25  goes on to say no pattern of violating the boundaries of

1  others, no attitudes towards -- supportive of child

2  molestation, no callous lack of empathy and no signs of

3  pathological lying.

4       Every single one of those statements is -- is -- runs

5  contrary to the evidence in this case.  For five years at least

6  and certainly longer, in fact, for -- for at least five years

7  on this website and -- and before that even more so, he was

8  part of this group.  I -- the government suggests a leader, but

9  a principal member of this group of folks with a pattern of

10  adult criminal behavior.  For five years there was an absolute

11  pattern of criminal behavior.

12       Did they violate the boundaries of others?  As Minor

13  Victim 2's mother discussed, these monsters came into her

14  house, the safe house she made for her child.

15       Was there a callous lack of empathy?  There's some

16  empathy here today, I'll give Mr. Maire that, when he talks

17  about Minor Victim 2 whose dance dreams are gone.  There was no

18  empathy in realtime.  There is only empathy now when he stands

19  before the Court.

20       And the last one is perhaps the most stunning:

21  there's no signs of pathological lying.  He lied to everybody.

22       Mr. -- Dr. O'Neil's report is based on a faulty

23  foundation, its conclusions run contrary to the evidence, and,

24  Your Honor, as the government suggests, that you give it no

25  weight in fashioning a sentence.

```
 1          There were a couple of statements about the
 2   guidelines that I'm -- I'm not sure -- they weren't repeated
 3   here, and I guess I'll just be very brief about them.  I know
 4   the guideline range is undisputed, it is life.  But a couple of
 5   the defense attorneys -- and so I'll speak to all -- I'll speak
 6   to this point for all of them and won't repeat it later today.
 7          THE COURT:  I -- I -- I -- why don't you -- I got the
 8   guideline for this case.  You can -- for this defendant.  You
 9   can speak later on that issue.
10          MR. MULCAHY:  Yes, Your Honor.
11          THE COURT:  Go ahead please.
12          MR. MULCAHY:  So let me conclude by saying that the
13   government makes a recommendation that Christian Maire spend
14   the rest of his life in prison.  We don't do so lightly.  If we
15   treated this case as a math problem, then we would just
16   recommend a guideline range for everybody here and be done with
17   it.
18          Our recommendation is thoughtful.  The
19   recommendations are based on the evidence, and the evidence
20   shows that Mr. Maire was a leader of this group, that Mr. Maire
21   ran the activity, the hub of activity, that he was the primary
22   hunter.  The girls that spoke today and their families that
23   relayed the devastation today, they're just a small percentage
24   of all of the victims in this case, and that all of those
25   parents, all of those girls could come forth and tell
```

1    heart-wrenching stories, stand up here and talk, and many of

2    them would be here because of Christian Maire.  His role is

3    unlike any other in this group, and because of that, his

4    sentence should be in like any other in this group, and so the

5    government recommends life in prison, Your Honor.

6              THE COURT:  Okay.  All right.  Thank you very much.

7              MR. KRIGER:  Briefly, Your Honor.

8              THE COURT:  Yeah.  Go ahead, Mr. Kriger.

9              MR. KRIGER:  Your Honor, when I contacted Dr. O'Neil

10   and told Mr. Maire that I would have him evaluated, I told him

11   it was necessary to be brutally honest with -- with Mr. O'Neil,

12   and he said he would be.  And he not only admitted that he was

13   active, he -- I think Mr. Mulcahy is taking Mr. O'Neil's

14   statements out of context, that Mr. O'Neil says he has no

15   sexual fantasies.  If you look at page 10 of my presentence --

16   of my sentencing memorandum, he said he has ephebophilic

17   fantasies, which is a primary sexual interest in mid- to late

18   adolescents, generally ages 15 to 19.

19             When Mr. O'Neil says that he has no evidence of

20   pathological lying, Mr. O'Neil understood that he posed as a

21   teenager, and that's quite clear.  What he meant by that, Your

22   Honor, is that in his everyday life outside of this dark side

23   of him, he was a forthright person and I think he was

24   forthright.

25             And, Your Honor, one of the things that I think is

1    important, and I didn't have to say this but it was true in the

2    sentencing memorandum, when Mr. Maire stopped in May of 2017,

3    other members continued after that date.  But he also admitted

4    that he did have one-on-one contact with some of the people.

5    And if he did this only because he was not going to get caught,

6    then why didn't he, like other members of the group, delete all

7    that content from his hard drive, why didn't he get rid of it?

8    Why didn't he smash and discard his hard drives and his

9    electronic devices?  He didn't do any of that.

10            Your Honor, again, and I don't think I can really --

11    oh, one other thing, Your Honor, is that if you look at -- it's

12    not Dr. O'Neil's -- just his interaction with Mr. Maire that

13    forms the basis of his opinion.  There was a ton of objective

14    testing done which corroborates those findings.

15            And one of the things that I think is important is

16    that when I talked to the government about Mr. O'Neil's report

17    and they poo-pooed it, I'm not here to -- you know, I had no

18    illusions that they wouldn't come in here -- and I mentioned it

19    in my reply to their sentencing memorandum, but we offered to

20    have him evaluated by someone of the government's choice if it

21    would really make some kind of a difference.

22            THE COURT:  Right.

23            MR. KRIGER:  And you would think that if the

24    government really wanted to get to the truth of what was -- of

25    Mr. Maire, they would have taken me up on that offer.  And this

1   was someone that was suggested to me in another case, a man

2   from Houston, I can't recall his name, but they would have

3   paid, his family, the expense of having this man from Houston

4   come in and evaluate him, but the government declined that

5   offer.

6           Your Honor, this is deserving of a severe punishment,

7   there is no question about it, but I think life is absolutely

8   far greater, far more sufficient than necessary to do the -- to

9   do the -- to serve the purpose of 3553(a).

10          You know, I don't want to stop talking because when I

11  stop talking, something bad's going to happen.

12          THE COURT:  Right.

13          MR. KRIGER:  But, Your Honor, I've said what I feel I

14  can say.  This man is redeemable.

15          THE COURT:  Yeah.

16          MR. KRIGER:  I mean I saw him break down.  This is a

17  guy that, as I said in my sentence memorandum, he gets it and

18  he really gets it.  And, Judge, give him the opportunity.  He

19  will prove to you that he can and wants to become something

20  that he once was.

21          THE COURT:  Okay.

22          MR. KRIGER:  And, you know, there's a saying.  George

23  Eliot, the great novelist, said it's never too late to be what

24  you want to be, and that's true and I ask that the Court

25  consider that.

1    Thank you.

2    THE COURT:  All right.  Thank you very much.  I'm

3 going to state the sentence and then give the lawyers for both

4 sides a final opportunity to make any legal objections they

5 want to make before the sentence is finally imposed.

6    The Court must deal with the 3553(a) factors and

7 determine whether or not a sentence of life in prison without a

8 chance for release is appropriate or a variance from that term

9 is appropriate.

10    I would note the following things.  It's beyond

11 dispute from the United States or the defendant that he's

12 accepted responsibility for involvement in the offense.

13    I credit Mr. Kriger's argument that his client

14 suffers from real legitimate remorse.

15    He does maintain the love and support of his father

16 and other community -- community members who have spoken here

17 today.

18    With regard to Dr. or Mr. O'Neil's report, I want

19 everybody to know that I didn't take any of the findings in

20 that report, nor would I, as indicative of what would be an

21 appropriate sentence.  He says a few things in there about

22 incarceration and rehabilitation and things of that nature.

23 I -- I don't find him to be an expert in that regard.  I am

24 interested mainly in the facts of the offense that Mr. Maire

25 self-reported to the professional as well as his conclusions as

1     to what may have landed him in this position.

2             There is no outside -- what I mean by that is outside

3     of this behavior -- evidence of addiction.  I do believe that

4     Mr. -- I do believe that this is an addictable commodity that

5     Mr. Maire and many others in our culture were and do become

6     addicted to.

7             I do believe that treatment and rehabilitation would

8     allow him to lead a functional life and contribute to society.

9             I also believe that there is reason for not giving a

10    life sentence to comply with inappropriate disparities in -- in

11    sentences.  I've been doing this work now from this perspective

12    for more than nine years and life sentences have been very

13    rare.  And not that it would be undeserved for the reasons that

14    Mr. Mulcahy puts forth, but because I believe in leniency,

15    generosity, mercy, and along with the other people I've

16    sentenced, a very significant but not life sentence would be

17    appropriate.

18            In terms of the leadership issue, I know there's a

19    great deal of dispute about that.  I don't find that compelling

20    one way or the other.  The simple fact of the matter is a great

21    deal of damage was done in this case, it was done by a number

22    of different individuals, and the Probation Office was unable

23    to assess an adjustment for a leadership role as to anybody.

24            The sad fact of the matter is, ladies and gentlemen,

25    the amount of psychological damage done to the mental status of

1    the victims is of very serious concerns.  We've heard from

2    people and there are people who wrote in and we've seen it

3    across the board in other cases that victims have suffered from

4    depression, they've talked about harming themselves, and as

5    they did this, this group and Mr. Maire attempted to build up

6    the victim for them to engage in sexually inappropriate conduct

7    and do more.  That treatment or that behavior deserves an

8    extremely serious punishment, and it's intended to keep further

9    victims of this and other defendants who are inclined to do it

10   safe from such harm.

11        And what I would like to see -- and granted, we've

12   been ineffective in this as a society.  What I would like to

13   see is culture overall recognizing the great disgrace that we

14   bring upon ourselves with this type of behavior.  The Internet

15   has obviously gotten out of control.  There's no regulation

16   that is sought to, or would even be able to, deter this type of

17   conduct.  It's my hope that a lengthy sentence here would do

18   that.

19        With all that in mind -- and I'm only -- I want all

20   the counsel to know, I'm going to read about two pages of -- of

21   special conditions.  I'm only going to do that once today.

22   We'll put all the same special conditions in the Judgment and

23   Commitment Orders, but this is very, very lengthy and we don't

24   need to read it in each case, but for completeness and so that

25   the public knows what I'm speaking about, I am going to read it

1   in regard to D-1, Mr. Maire.

2          Pursuant to the Sentence Reform Act of 1984, the

3   Court, having considered all the sentence guidelines and

4   factors contained in 18 USC Section 3553(a) that I just went

5   over, will hereby commit the defendant, Christian Maire, to the

6   custody of the U.S. Bureau of Prisons for a term over

7   480 months.

8          Upon release from imprisonment, the defendant shall

9   be placed on a supervised release term of five years.

10          The defendant must pay a special assessment of a

11   hundred dollars and that'll be due immediately.

12          The Court will order the defendant to pay the $5,000

13   assessment for the Justice of Victims of Trafficking Act of

14   2015.  The Court will waive any interest or penalties on this

15   obligation.

16          While in custody, the defendant shall participate in

17   the Inmate Financial Responsibility Program.  I am aware of the

18   requirements of that program and I will approve the payment

19   schedule of the program and hereby order the defendant's

20   compliance with it.

21          I would recommend and I hope he wants to, but if he

22   wants to, I would recommend a federal facility with sex therapy

23   treatment where he can address these issues in community with

24   other inmates, not be in the general population of violent

25   felons who may look askance at this point of conduct.  But

1    Butner or the -- what's the one in Massachusetts, Mr. Mulcahy,

2    federal --

3                PROBATION OFFICER:  Devon.

4                THE COURT:  Devon.  Devon would be appropriate and to

5    my knowledge have the type of programs that I'm considering.

6                No fine, no costs of incarceration.  No costs of

7    supervision due to the defendant's complete lack of financial

8    resources.

9                As well, restitution will be determined at a future

10   date as necessary by the Court.

11               Mandatory drug testing on supervision will be

12   suspended because I believe that the defendant, Mr. Maire,

13   poses a very low risk of future substance abuse.  Okay.

14               MR. MULCAHY:  Your Honor, forgive the interruption.

15               THE COURT:  Yeah.

16               MR. MULCAHY:  I just wanted to let the Court know

17   that the parties have entered into an agreement as to

18   restitution.

19               THE COURT:  Oh, good.  What is that?

20               MR. MULCAHY:  The amount is 5,000 per victim for a

21   total of $105,000.

22               THE COURT:  Is that going to be true across the board

23   with all the defendants in the case?

24               MS. RUSSO:  Your Honor, it is true of six of the

25   defendants and then there are two other defendants who have

1    differing amounts of restitution.

2         THE COURT:  All right.

3         MS. RUSSO:  But we have entered agreements for all of

4    the defendants and only one is not entered on the record

5    already.  And, Your Honor, we would be requesting that Your

6    Honor enter all these defendants into the Inmate Financial

7    Responsibility Program.

8         THE COURT:  I already did that.

9         And the amount you said, Mr. Mulcahy, was $105,000?

10        MR. MULCAHY:  That's correct, Your Honor.

11        THE COURT:  Okay.  So the amount to be determined

12   will be $105,000 in restitution and that'll be contained in the

13   Judgment and Commitment Order.

14        MR. MULCAHY:  Thank you, Your Honor.

15        THE COURT:  Thank you.

16        Mr. Maire is unsure where he will reside upon his

17   release.  Considering this, the Court will order him to abide

18   by the standard conditions adopted by the U.S. District Court

19   for the Eastern District of Michigan.

20        And here are the ten additional conditions.  Should

21   they be applicable to other defendants in the case, I will not

22   reread them but I will incorporate them by reference, and if

23   there are any special conditions that don't apply, I'll

24   eliminate them.

25        One, compliance with the requirements of the Sex

```
1    Offender Registration and Notification Act, SORNA, and that

2    will be carried out as directed by the Probation Office and any

3    state sex offender registry where the defendant resides, works,

4    is a student or was convictions of the qualifying offense,

5    which would be the State of Michigan.

6            The defendant shall successfully complete sex

7    offender diagnostic evaluations, treatment or counseling

8    programs as directed by the probation officer.  Reports

9    pertaining to sex offender assessments and treatment shall be

10   provided to the probation officer.  Based on the defendant's

11   ability to pay, the defendant shall pay the cost of diagnostic

12   evaluations, treatment or counseling programs in an amount

13   determined by the probation officer.

14           The defendant shall be required to submit to periodic

15   polygraph testing at the discretion of the probation officer as

16   a means to ensure compliance with the requirements of

17   supervision or treatment.  No violation proceedings will arise

18   on the results of a polygraph examination.  And based on the

19   defendant's ability to pay, the defendant may be called upon to

20   pay the costs of the polygraphic examination in an amount

21   determined by the probation officer.

22           No association with minor children under the age of

23   18 except in the presence of a responsible adult who's aware of

24   the nature of the background and current offense without prior

25   approval of the Probation Department.  The defendant may have
```

 1    unsupervised contact with his own children at the discretion of

 2    the probation officer.  He shall not frequent places where

 3    children congregate on a regular basis such as, but not limited

 4    to, school grounds, playgrounds, toy stores and video arcades.

 5              Defendant must notify anyone they date or marry with

 6    a minor child under the age of 18 of their conviction.

 7              The defendant shall not purchase, sell, view, possess

 8    images in any form of media or live venue that depict

 9    pornography, sexually explicit conduct child erotica or child

10    nudity.  The defendant shall not patronize any place where such

11    material or entertainment is available.

12              The defendant shall have employment preapproved by

13    the Probation Department.  No employment or participation in

14    any volunteer activities that involve contact with minors under

15    the age of 18 or adults with disabilities without prior

16    approval of the probation officer.

17              The defendant shall have all residences preapproved

18    by the Probation Department.  He shall not provide care or live

19    in a residence where children under the age of 18 or adults

20    with disabilities also reside without prior approval of the

21    probation office.

22              The defendant shall not have contact, indirectly or

23    directly, with any victim or witness in the instant offense

24    under any circumstance unless approved by the probation office.

25              Finally -- excuse me, not finally, we've got a few

1    more to go here -- the defendant shall participate in the

2    Computer Internet Monitoring Program administered by the U.S.

3    Probation Department.  He must abide by the agreement governing

4    that program in effect at the time of supervision and comply

5    with any amendments to the program during the term of

6    supervision.  Due to the advances in technology, the Court will

7    appoint -- will adopt amendments to the program as necessary.

8           For the purpose of accounting for computers,

9    hardware, software and accessories, Mr. Maire must submit his

10   person, residence, computer and vehicle to a search conducted

11   by the Probation Department at a reasonable time and manner.

12          He must inform any other residents that the premises

13   may be subject to search pursuant to this condition.

14          He must provide the probation officer with access --

15   access to any requested financial information including billing

16   records.

17          Submission of person, residence, office, vehicle,

18   papers, business or place of employment and property under his

19   control to search must be given if a search is requested by the

20   probation officer at a reasonable time and in a reason manner

21   based upon reasonable suspicion of contraband or evidence of a

22   violation of the condition of the release.  Failure to submit

23   may be grounds for revocation.  And the defendant shall finally

24   warn any residents of his premises that they may be subject to

25   the search under this provision.

1            $105,000 of restitution, $5,000 special assessment

2    and $100 special assessment requires the following special

3    conditions:

4            Number one, not incurring any new credit charges or

5    opening any additional lines of credit without the approval of

6    the probation officer unless the defendant is in the compliance

7    of the payment schedule.

8            Provision two, the probation officer of access to any

9    requested financial information.

10            And monthly installment payments on any remaining

11    balance of the fine or special assessment at a rate and

12    schedule adopted and recommended by the Probation Department

13    and approved by the Court.

14            That will be the sentence of the Court.  Are there

15    any objections to it, Mr. Mulcahy?

16            MR. MULCAHY:  No, Your Honor.

17            THE COURT:  Mr. Kriger.

18            MR. KRIGER:  Your Honor, I -- I didn't understand

19    something.

20            THE COURT:  Yes.

21            MR. KRIGER:  Maybe I missed it.  You said there was a

22    hundred dollar special assessment and then I thought you said

23    there was a $5,000 special assessment.

24            THE COURT:  That's right.  There's a hundred dollar

25    special assessment under the guidelines --

1      MR. KRIGER:  Oh, and then the 5 --

2      THE COURT:  -- and then the 5,000 Adult Justice of

3  Victim and Transport of Child Victims Act.

4      MR. KRIGER:  Okay.

5      THE COURT:  All right.  You signed up for that, and I

6  hate to remind you 'cuz I know you -- you -- you -- you know,

7  you're a very fine lawyer, but -- but that was in the Plea

8  Agreement.

9      MR. KRIGER:  Okay.  No, no, I -- I recall that now.

10      THE COURT:  Okay.

11      MR. KRIGER:  The other thing, Your Honor, that -- my

12  understanding is that McKean also had a good sex offender

13  program and I would ask that he be recommended designation to

14  McKean.

15      THE COURT:  Absolutely.  I -- you know, frankly, I

16  agree with Mr. Maire's statements about treatment, and the more

17  of it and the more intense and the more safe environment of it

18  in prison, I highly recommend.  And if McKean is the place,

19  then I believe that's where he should go and would hereby

20  recommend that.

21      MR. KRIGER:  Thank you very much for that.

22      THE COURT:  Thank you.

23      MR. KRIGER:  And may I just have a moment with my

24  client before I --

25      THE COURT:  Of course.

```
 1              (Brief pause)
 2              MR. MULCAHY: Your Honor, I have a housekeeping matter
 3     when Mr. Kriger's done.
 4              THE COURT:  All right.  One second.
 5              MR. KRIGER:  That's it.  Thank you very much, Your
 6     Honor.
 7              THE COURT:  All right.  Thank you very much.
 8              MR. MULCAHY:  My housekeeping matter, Your Honor, is
 9     that because this Court sentenced in compliance with the terms
10     of the Plea Agreement, the government moves to dismiss the
11     remaining counts of the indictment.
12              THE COURT:  Okay.  All right.  We'll get to that.
13     I'm not finished yet though.
14              MR. MULCAHY:  Oh.
15              THE COURT:  All right?  I have to impose the sentence
16     that I just stated after the lack of objection of counsel.
17              I have to tell Mr. Maire that the -- the Plea
18     Agreement you signed, sir, contains a waiver of the right to
19     appeal your sentence.  The sentence I gave is below the
20     guideline range, so unless you believe there is some
21     fundamental error with the proceedings, you would have to take
22     those matters up directly with the U.S. Court of Appeals in
23     light of the waiver that you signed.
24              The defendant will be remanded to the custody of the
25     marshal for continued service of his sentence.
```

1    The copies of the Pre-Sentence Report will go to the

2    Bureau of Prisons and the Sentencing Commission.  All others

3    are to be kept strictly confidential.

4    And now we'll hear your special matter.  You want to

5    dismiss some counts?

6    MR. MULCAHY:  Yes, Your Honor.  As to Christian

7    Maire, the government moves to dismiss the remaining counts in

8    the indictment.

9    THE COURT:  Okay.  Without objection, those will be

10   dismissed and the Judgment and Commitment Order will reflect

11   the -- the -- the dismissal and the Court's action on those

12   counts today, all right?

13   MR. MULCAHY:  Thank you, Your Honor.

14   MR. KRIGER:  Thank you, Your Honor.

15   THE COURT:  All right.  Thank you all very much.

16   (Proceedings concluded at 11:59 a.m.)

17                              _   _   _

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2           I, Linda M. Cavanagh, Official Court Reporter of the

3      United States District Court, Eastern District of Michigan,

4      appointed pursuant to the provisions of Title 28, United States

5      Code, Section 753, do hereby certify that the foregoing pages 1

6      through 87 comprise a full, true and correct transcript of the

7      proceedings held in the matter of United States of America vs.

8      D-1 Christian Maire, Case No. 18-20128, on Wednesday, December

9      5, 2018.

10

11

12                         s/Linda M. Cavanagh
                           Linda M. Cavanagh, RDR, RMR, CRR, CRC
13                         Federal Official Court Reporter
                           United States District Court
14                         Eastern District of Michigan

15

16

17     Date: June 14, 2021
       Detroit, Michigan

18

19

20

21

22

23

24

25